IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-629 T
(Judge Christine O.C. Miller)

PETER J. AND JEANNE LOCKE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant respectfully moves the Court for an enlargement of time of sixty (60) days, from November 6, 2006, to and including January 5, 2007, within which to answer or otherwise respond to the complaint filed in this matter. This is the first enlargement of time defendant has requested for this purpose.

As reason for its motion, defendant states that the undersigned trial attorney only received the Internal Revenue Service's defense recommendation and partial administrative files pertaining to the defense of this federal tax case on October 31, 2006, and has yet to receive complete administrative files. The 60-day period of enlargement requested herein is necessary to allow for receipt of the complete administrative files, as well as to allow sufficient time thereafter

for defendant's counsel to review the administrative files and the defense recommendation and to prepare the response to the complaint.

Defendant's counsel spoke with plaintiffs' counsel by telephone on October 31, 2006, and plaintiffs' counsel stated that plaintiffs have no objection to the requested enlargement.

Respectfully submitted,

s/ Joseph B. Syverson

JOSEPH B. SYVERSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6508

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/ Mary M. Abate

November 1, 2006

Of Counsel