IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-629 T
(Judge Christine O.C. Miller)

PETER J. AND JEANNE LOCKE,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**DECLARATION OF JOSEPH B. SYVERSON**

I, Joseph B. Syverson, hereby affirm and attest that the following statements are true to the best of my knowledge and belief:

1. I am the attorney assigned to the defense of the above-captioned case.

2. Within my official capacity, I have temporary custody of the Department of Justice and Internal Revenue Service (IRS) files for the above-captioned case.

3. Attached hereto are true and correct copies of the following documents, which are contained in the official files of the IRS and the Justice Department:

**Exhibit 1.** Certificate of Assessments, Payments, and Other Specified Matters

(Form 4340) for plaintiffs' tax year 1994.

**Exhibit 2.** Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) for plaintiffs' tax year 1997.

**Exhibit 3.** Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) for plaintiffs' tax year 2002.

**Exhibit 4.** Plaintiffs' individual income tax return (Form 1040) for tax year 1994, dated September 24, 1998.

**Exhibit 5.** Plaintiffs' individual income tax return (Form 1040) for tax year 1997, dated September 24, 1998.

**Exhibit 6.** Plaintiffs' Request for a Collection Due Process Hearing (Form 12153) for tax years 1990, 1991, 1992, 1993, and 1997, dated August 24, 2004, and postmarked August 25, 2004, with enclosed letter from plaintiffs' counsel, Jeffrey D. Moffat, to the IRS, dated August 24, 2004, and with enclosed copy of IRS Notice of Levy dated July 26, 2004.

**Exhibit 7.** Letter from plaintiffs' counsel, Jeffrey D. Moffat, to the IRS requesting a collection due process hearing for tax year 1994, dated April 25, 2006, and postmarked April 26, 2006.

**Exhibit 8.** Letter from the IRS to plaintiffs' counsel, Jeffrey D. Moffat, dated May 24, 2006.

**Exhibit 9.** IRS Appeals Office's Decision Letter Concerning Equivalent Hearing

under Section 6320 and/or Section 6330 of the Internal Revenue Code sent to plaintiffs regarding their 1994 tax year, dated May 5, 2005, with enclosed attachment explaining the decision.

**Exhibit 10.** IRS Appeals Office's Decision Letter Concerning Equivalent Hearing under Section 6320 and/or Section 6330 of the Internal Revenue Code sent to plaintiffs regarding their 1990, 1991, 1992, 1993, and 1997 tax years, dated May 5, 2005, with enclosed attachment explaining the decision.

**Exhibit 11.** IRS Appeals Office's Appeals Transmittal and Case Memorandum regarding the proposed levy action for plaintiffs' tax years 1990, 1991, 1992, 1993, 1994, 1997, and 2002.

I declare, under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 5, 2007, in Washington, D.C.

s/ Joseph B. Syverson
JOSEPH B. SYVERSON
Trial Attorney
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6495