

United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Dec. 15, 2006

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Peter J. & Jeanne Locke, SSN: ▮▮▮▮▮ and Spouses SSN: ▮▮▮9164, for U.S. Individual Income Tax Return (Form 1040), for the tax period December 31, 1994, consisting of seven pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Midge Ward*
Midge Ward
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

EXHIBIT 1

Catalog Number 19002E                                                                 Form **2866** (Rev. 09-1997)

Ex. 1 pg. 1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

PETER J & JEANNE LOCKE                      EIN/SSN: ███████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1994

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 89,178.00 | | | |
| | SELF EMPLOYMENT TAX 9,929.00 | | | |
| 10-02-1998 | RETURN FILED & TAX ASSESSED 89221-283-58730-8   199844 | | 9,929.00 | 11-16-1998 |
| 04-17-1997 | RECEIVED POA/TIA | | | |
| | ESTIMATED TAX PENALTY 19984408 | | 512.00 | 11-16-1998 |
| | LATE FILING PENALTY 19984408 | | 2,234.02 | 11-16-1998 |
| | FAILURE TO PAY TAX PENALTY 19984408 | | 2,184.38 | 11-16-1998 |
| | INTEREST ASSESSED 19984408 | | 4,524.65 | 11-16-1998 |
| 01-15-1999 | REMOVED POA/TIA | | | |
| 11-16-1998 | LATE FILING PENALTY ABATED | | 2,234.02- | |
| 08-09-1999 | FAILURE TO PAY TAX PENALTY ABATED | | 2,184.38- | |
| | ADDITIONAL TAX ASSESSED 89254-597-18212-9   19993008 | | 0.00 | 08-09-1999 |
| 08-09-1999 | INTEREST ABATED | | 19.47- | |

FORM 4340  (REV. 01-2002)                        [PAGE    1]

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
PETER J & JEANNE LOCKE                      EIN/SSN:
```


```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1994

                                         ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS   CREDIT       DATE (23C,
                                         (REVERSAL)     (REVERSAL)   RAC 006 )
------------------------------------------------------------------------------

02-02-2000  OFFER IN COMPROMISE
            PENDING

01-02-2001  OFFER IN COMPROMISE
            REJECTED

03-04-2002  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

03-06-2002  RECEIVED POA/TIA

02-09-2004  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

02-09-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

02-09-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

02-18-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

FORM 4340   (REV. 01-2002)                       [PAGE    2]
```

```
                CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------------
PETER J & JEANNE LOCKE                          EIN/SSN:  ████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1994


                                        ASSESSMENT,       PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS      CREDIT        DATE (23C,
                                        (REVERSAL)       (REVERSAL)      RAC 006 )
-------------------------------------------------------------------------------------

02-17-2004   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             RETURN RECEIPT SIGNED

04-19-2004   FINAL NOTICE BEFORE LEVY
             ON SOCIAL SECURITY
             BENEFITS GENERATED AND
             MAILED

07-02-2004   FEDERAL TAX LIEN

09-06-2004   MODULE REVERSED OUT OF
             FEDERAL PAYMENT LEVY
             PROGRAM

08-31-2004   COLLECTION DUE PROCESS
             EQUIVALENT HEARING
             REQUEST RECEIVED

08-26-2004   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             RETURN RECEIPT SIGNED

08-26-2004   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             RETURN RECEIPT SIGNED

09-21-2004   LEGAL SUIT PENDING

FORM 4340   (REV. 01-2002)                     PAGE    3
```

```
      CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------
PETER J & JEANNE LOCKE                EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1994

                                     ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT       DATE (23C,
                                     (REVERSAL)       (REVERSAL)   RAC 006 )
---------------------------------------------------------------------------
01-27-2005  OFFER IN COMPROMISE
            PENDING

05-05-2005  COLL DUE PROCESS EQVLNT
            HEARING RSLVED BY APPEALS
            DECISION LTR ISSUED BY
            TXPYR WTHDRW HEARING RQST

            ADDITIONAL TAX ASSESSED                      0.00       12-05-2005
            17254-714-18106-5  20054708

11-07-2005  CORRECTION OF LEGAL SUIT
            PENDING

02-27-2006  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

02-18-2006  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

03-10-2006  OFFER IN COMPROMISE
            REJECTED

04-03-2006  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

FORM 4340  (REV. 01-2002)                    PAGE    4
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

PETER J & JEANNE LOCKE                    EIN/SSN:    


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1994


                                        ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE         EXPLANATION OF TRANSACTION OTHER DEBITS     CREDIT         DATE (23C,
                                        (REVERSAL)       (REVERSAL)     RAC 006 )
-----------------------------------------------------------------------------------

04-24-2006   FEDERAL PAYMENT MATCHED
             OR LEVIED THROUGH FEDERAL
             PAYMENT LEVY PROGRAM
             GENERATED AND MAILED

04-24-2006   FINAL NOTICE BEFORE LEVY
             ON SOCIAL SECURITY
             BENEFITS GENERATED AND
             MAILED

05-15-2006   FEDERAL PAYMENT MATCHED
             OR LEVIED THROUGH FEDERAL
             PAYMENT LEVY PROGRAM
             GENERATED AND MAILED

05-15-2006   FINAL NOTICE BEFORE LEVY
             ON SOCIAL SECURITY
             BENEFITS GENERATED AND
             MAILED

             ADDITIONAL TAX ASSESSED                    0.00           06-19-2006
             17254-546-18116-6  20062308

07-03-2006   FINAL NOTICE BEFORE LEVY
             ON SOCIAL SECURITY
             BENEFITS GENERATED AND
             MAILED

FORM 4340   (REV. 01-2002)              [PAGE    5]
```

```
      CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------

PETER J & JEANNE LOCKE                    EIN/SSN:  


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1994

                                    ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE      EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT       DATE (23C,
                                    (REVERSAL)      (REVERSAL)     RAC 006 )
---------------------------------------------------------------------------

08-21-2006 FEDERAL PAYMENT MATCHED
           OR LEVIED THROUGH FEDERAL
           PAYMENT LEVY PROGRAM
           GENERATED AND MAILED

08-09-2006 SUBSEQUENT PAYMENT                           184.80

09-11-2006 FEDERAL PAYMENT MATCHED
           OR LEVIED THROUGH FEDERAL
           PAYMENT LEVY PROGRAM
           GENERATED AND MAILED

09-01-2006 SUBSEQUENT PAYMENT                            81.00

11-16-1998 Statutory Notice of Balance Due

12-21-1998 Notice of Balance Due

03-15-1999 Statutory Notice of Intent to Levy

01-22-2001 Statutory Notice of Intent to Levy

12-05-2005 Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)             PAGE    6
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------
PETER J & JEANNE LOCKE                      EIN/SSN:   [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1994
----------------------------------------------------------------------------

BALANCE          14,680.38

----------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
----------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _Midge Ward_ (signature)
PRINT NAME:   Midge Ward
TITLE:        Supervisor Accounting Technician, Ogden W&I Submission Processing
DELEGATION ORDER:   SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 12/15/2006
FORM 4340  (REV. 01-2002)                          [PAGE    7]
```