

United States of America

**Department of the Treasury**
Internal Revenue Service

Date: Dec. 15, 2006

CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Peter J. & Jeanne Locke, SSN: ▮▮▮▮ and Spouses SSN: ▮▮▮9164, for U.S. Individual Income Tax Return (Form 1040), for the tax period December 31, 1997, consisting of seven pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Midge Ward* (signature)

Midge Ward
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

EXHIBIT 2

Catalog Number 19002E    Form **2866** (Rev. 09-1997)

Ex. 2 pg. 1

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

PETER J & JEANNE LOCKE                        EIN/SSN:  
```


```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1997
                                         ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE         EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT       DATE (23C,
                                         (REVERSAL)      (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------

             ADJUSTED GROSS INCOME
                  95,834.00

             TAXABLE INCOME
                  31,426.00

10-02-1998   RETURN FILED & TAX ASSESSED                  7,965.00     11-09-1998
             89221-290-01016-8   199843

04-15-1998   EXTENSION OF TIME TO FILE
             EXT. DATE   08-15-1998

04-15-1998   EXTENSION OF TIME TO FILE
             EXT. DATE   10-15-1998

             ESTIMATED TAX PENALTY                        92.00        11-09-1998
             19984308

             FAILURE TO PAY TAX                           278.77       11-09-1998
             PENALTY
             19984308

             INTEREST ASSESSED                            371.48       11-09-1998
             19984308

08-09-1999   FAILURE TO PAY TAX                           278.77-
             PENALTY ABATED

             ADDITIONAL TAX ASSESSED                      0.00         08-09-1999
             89254-597-18213-9   19993008

12-06-1999   PRIOR TAX ABATED                             3,251.00-
             89254-721-05816-9

02-02-2000   OFFER IN COMPROMISE
             PENDING

FORM 4340  (REV. 01-2002)                      PAGE    1
```

Ex. 2 pg. 2

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------

PETER J & JEANNE LOCKE                        EIN/SSN:
```

```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997

                                            ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE        EXPLANATION OF TRANSACTION      OTHER DEBITS     CREDIT         DATE (23C,
                                            (REVERSAL)       (REVERSAL)     RAC 006 )
---------------------------------------------------------------------------------

01-02-2001  OFFER IN COMPROMISE
            REJECTED

03-04-2002  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

03-06-2002  RECEIVED POA/TIA

02-09-2004  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

02-09-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

02-09-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

02-18-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

02-17-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

FORM 4340   (REV. 01-2002)                        PAGE    2
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
PETER J & JEANNE LOCKE                         EIN/SSN:
```


```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1997

                                          ASSESSMENT,       PAYMENT,        ASSESSMENT
DATE         EXPLANATION OF TRANSACTION   OTHER DEBITS      CREDIT          DATE (23C,
                                          (REVERSAL)        (REVERSAL)      RAC 006 )
-----------------------------------------------------------------------------------

04-19-2004   FINAL NOTICE BEFORE LEVY
             ON SOCIAL SECURITY
             BENEFITS GENERATED AND
             MAILED

07-02-2004   FEDERAL TAX LIEN

07-26-2004   FEES AND COLLECTION COSTS        18.00

07-26-2004   FEDERAL PAYMENT MATCHED
             OR LEVIED THROUGH FEDERAL
             PAYMENT LEVY PROGRAM
             GENERATED AND MAILED

07-14-2004   SUBSEQUENT PAYMENT                                175.20

08-11-2004   SUBSEQUENT PAYMENT                                175.20

08-11-2004   OFFER IN COMPROMISE
             PENDING

09-06-2004   MODULE REVERSED OUT OF
             FEDERAL PAYMENT LEVY
             PROGRAM

08-31-2004   COLLECTION DUE PROCESS
             EQUIVALENT HEARING
             REQUEST RECEIVED

FORM 4340   (REV. 01-2002)                           [PAGE   3]
```

Ex. 2 pg. 4

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------------

PETER J & JEANNE LOCKE                        EIN/SSN:  


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1997

                                           ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION      OTHER DEBITS     CREDIT        DATE (23C,
                                           (REVERSAL)       (REVERSAL)    RAC 006 )
----------------------------------------------------------------------------------

08-26-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

08-26-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

01-27-2005 OFFER IN COMPROMISE
           PENDING

05-05-2005 COLL DUE PROCESS EQVLNT
           HEARING RSLVED BY APPEALS
           DECISION LTR ISSUED BY
           TXPYR WTHDRW HEARING RQST

           ADDITIONAL TAX ASSESSED                           0.00          12-05-2005
           17254-714-18107-5  20054708

03-10-2006 OFFER IN COMPROMISE
           REJECTED

04-03-2006 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

04-10-2006 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

FORM 4340  (REV. 01-2002)                         [PAGE    4]
```

Ex. 2 pg. 5

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

PETER J & JEANNE LOCKE                    EIN/SSN:
```


```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1997

                                          ASSESSMENT,     PAYMENT,     ASSESSMENT
DATE         EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT       DATE (23C,
                                          (REVERSAL)      (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------

05-22-2006   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

06-26-2006   FEDERAL PAYMENT MATCHED
             OR LEVIED THROUGH FEDERAL
             PAYMENT LEVY PROGRAM
             GENERATED AND MAILED

06-26-2006   FINAL NOTICE BEFORE LEVY
             ON SOCIAL SECURITY
             BENEFITS GENERATED AND
             MAILED

09-25-2006   FEDERAL PAYMENT MATCHED
             OR LEVIED THROUGH FEDERAL
             PAYMENT LEVY PROGRAM
             GENERATED AND MAILED

09-13-2006   SUBSEQUENT PAYMENT                           184.80

11-09-1998   Statutory Notice of Balance Due

12-14-1998   Notice of Balance Due

03-15-1999   Statutory Notice of Intent to Levy

01-22-2001   Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                         PAGE   5
```

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------

PETER J & JEANNE LOCKE                    EIN/SSN:  ███████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1997


                                           ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE         EXPLANATION OF TRANSACTION    OTHER DEBITS     CREDIT         DATE (23C,
                                           (REVERSAL)       (REVERSAL)     RAC 006 )
---------------------------------------------------------------------------------
03-27-2006 Statutory Notice of Intent to Levy

FORM 4340   (REV. 01-2002)                         PAGE     6
```

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

PETER J & JEANNE LOCKE                        EIN/SSN:  [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1997
-------------------------------------------------------------------------------


BALANCE            4,660.28


-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature: Midge Ward]
PRINT NAME: _____Midge Ward_____
TITLE: ____Supervisor Accounting Technician, Ogden W&I Submission Processing__
DELEGATION ORDER: ____SW Delegation Order 198_____

LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 12/15/2006

FORM 4340    (REV. 01-2002)                   PAGE     7
```

Ex. 2 pg. 8