

# United States of America

## Department of the Treasury
## Internal Revenue Service

Date:  Dec. 15, 2006

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:    is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Peter J. & Jeanne Locke, SSN: ███████ and Spouses SSN: ███████ )164, for U.S. Individual Income Tax Return (Form 1040), for the tax period December 31, 2002, consisting of five pages

under the custody of this office.

IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Midge Ward
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198



EXHIBIT

3

Catalog Number 19002E

Ex. 3 pg. 1

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

PETER J & JEANNE LOCKE                    EIN/SSN: ███████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2002

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 55,986.00 | | | |
| | TAXABLE INCOME 5,539.00 | | | |
| 03-23-2004 | RETURN FILED & TAX ASSESSED 89221-087-41602-4  200414 | | 553.00 | 04-19-2004 |
| 11-09-2002 | RECEIVED POA/TIA | | | |
| 04-15-2003 | EXTENSION OF TIME TO FILE EXT. DATE  08-15-2003 | | | |
| 08-15-2003 | EXTENSION OF TIME TO FILE EXT. DATE  10-15-2003 | | | |
| | LATE FILING PENALTY 20041408 | 124.42 | | 04-19-2004 |
| | FAILURE TO PAY TAX PENALTY 20041408 | 35.94 | | 04-19-2004 |
| | INTEREST ASSESSED 20041408 | 28.47 | | 04-19-2004 |
| 07-05-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-02-2004 | FEDERAL TAX LIEN | | | |
| 07-26-2004 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |

FORM 4340  (REV. 01-2002)                    [PAGE    1]

Ex. 3 pg. 2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

PETER J & JEANNE LOCKE                 EIN/SSN: 


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2002


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|--------------------------------------|-----------------------------|----------------------------------|
| 07-26-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 07-26-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 09-06-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-31-2004 | COLLECTIONS WORKING CASE | | | |
| 08-31-2004 | LEGAL SUIT PENDING | | | |
| 08-26-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 01-29-2005 | COLL DUE PROC HRNG RSLVD BY APPEALS-DETRMINATN LTR ISSUED, TXPYR WAIVD JUDCL REVW OR WTHDRW HRNG RQST | | | |
| | ADDITIONAL TAX ASSESSED 17254-714-18108-5   20054708 | | 0.00 | 12-05-2005 |

FORM 4340   (REV. 01-2002)                    ⌐PAGE    2⌐

```
       CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

PETER J & JEANNE LOCKE                        EIN/SSN:
```



```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2002


                                     ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE          EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT        DATE (23C,
                                     (REVERSAL)     (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------------

11-08-2005 OFFER IN COMPROMISE
           PENDING

01-29-2005 LEGAL SUIT NO LONGER
           PENDING

03-10-2006 OFFER IN COMPROMISE
           REJECTED

04-03-2006 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

04-10-2006 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

05-22-2006 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

06-26-2006 FEDERAL PAYMENT MATCHED
           OR LEVIED THROUGH FEDERAL
           PAYMENT LEVY PROGRAM
           GENERATED AND MAILED

06-26-2006 FINAL NOTICE BEFORE LEVY
           ON SOCIAL SECURITY
           BENEFITS GENERATED AND
           MAILED

04-19-2004 Statutory Notice of Balance Due

05-10-2004 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                    PAGE     3
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

PETER J & JEANNE LOCKE                    EIN/SSN: 


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2002


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 03-27-2006 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)              PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------

PETER J & JEANNE LOCKE                    EIN/SSN: ████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC  2002
----------------------------------------------------------------------


BALANCE           741.83


----------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

----------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: Midge Ward

PRINT NAME:            Midge Ward

TITLE:            Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:    SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 12/15/2006

FORM 4340  (REV. 01-2002)                    PAGE    5


Ex. 3 pg. 6