# Form 1040 — U.S. Individual Income Tax Return 1994

Department of the Treasury — Internal Revenue Service

For the year Jan. 1-Dec. 31, 1994, or other tax year beginning , 1994, ending , 19

OMB No. 1545-0074

**Label** (See Instructions on page 12.) Use IRS label. Otherwise, please print or type.

Your first name and initial: **PETER J.**  Last name: **LOCKE**

If a joint return, spouse's first name and initial: **JEANNE**  Last name: **LOCKE**

Your social security number: [redacted]

Home address (number and street): **13491 BAYLISS ROAD**

City, town or post office, state, and ZIP code: **LOS ANGELES, CA 90049-**

**Presidential Election Campaign** — Do you want $3 to go to this fund? / If a joint return, does your spouse want $3 to go to this fund?

**Filing Status** (See page 12.) Check only one box.
1. Single
2. [X] Married filing joint return (even if only one had income)
3. Married filing separate return. Enter spouse's soc. sec. no. above and full name here.
4. Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here.
5. Qualifying widow(er) with dependent child (year spouse died ▶ 19    ).

**Exemptions** (See page 13.)

6a [X] Yourself.
b [X] Spouse

No. of boxes checked on 6a and 6b: **2**

c Dependents: (none listed)

Stamp: INTERNAL REVENUE RECEIVED OCT 2 1998 LOS ANGELES DISTRICT GLENDALE, CA

e Total number of exemptions claimed: **2**

## Income

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest income. Attach Schedule B if over $400 | |
| 8b | Tax-exempt interest | |
| 9 | Dividend income. Attach Schedule B if over $400 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 90,174. |
| 13 | Capital gain or (loss) | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | Total IRA distributions / 15b Taxable amount | |
| 16a | Total pensions and annuities / 16b Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits 4,669. / 20b Taxable amount | 3,969. |
| 21 | Other income | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 94,143. |

## Adjustments to Income

| Line | Description | Amount |
|---|---|---|
| 23a | Your IRA deduction | |
| 23b | Spouse's IRA deduction | |
| 24 | Moving expenses. Attach Form 3903 or 3903-F | |
| 25 | One-half of self-employment tax | 4,965. |
| 26 | Self-employed health insurance deduction | |
| 27 | Keogh retirement plan and self-employed SEP deduction | |
| 28 | Penalty on early withdrawal of savings | |
| 29 | Alimony paid. Recipient's SSN ▶ | |
| 30 | Add lines 23a through 29. These are your **total adjustments** | 4,965. |

**Adjusted Gross Income**

31 Subtract line 30 from line 22. This is your **adjusted gross income**. If less than $25,296 and a child lived with you, (less than $9,000 if a child didn't live with you), see "Earned Income Credit" on page 27. — **89,178.**

EXHIBIT 4

410001 08-24-95 S430

Ex. 4 pg. 1

Form 1040 (1994)

| | | | | |
|---|---|---|---|---|
| **Tax Computation** | 32 | Amount from line 31 (adjusted gross income) | 32 | 89,178. |
| | 33a | Check if: ☐ You were 65 or older, ☐ Blind; ☒ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 33a | 1 | |
| | b | If your parent (or someone else) can claim you as a dependent, check here ▶ 33b | ☐ | |
| | c | If you are married filing separately and your spouse itemizes deductions or you are a dual-status alien, see page 23 and check here ▶ 33c | ☐ | |
| | 34 | Enter the larger of your: **Itemized deductions** from Schedule A, line 29, OR **Standard deduction** shown below for your filing status. **But if you checked any box on line 33a or b,** go to page 23 to find your standard deduction. If you checked **box 33c,** your standard deduction is zero. • Single - $3,800 • Head of household - $5,600 • Married filing jointly or Qualifying widow(er) - $6,350 • Married filing separately - $3,175 | 34 | 139,744. |
| | 35 | Subtract line 34 from line 32 | 35 | -50,566. |
| | 36 | If line 32 is $83,850 or less, multiply $2,450 by the total number of exemptions claimed on line 6e. If line 32 is over $83,850, see the worksheet on page 24 for the amount to enter | 36 | 4,900. |
| | 37 | **Taxable income.** Subtract line 36 from line 35. If line 36 is more than line 35, enter -0- | 37 | 0. |
| | 38 | Tax. Check if from **a** ☒ Tax Table, **b** ☐ Tax Rate Schedules, **c** ☐ Capital Gain Tax Worksheet, or **d** ☐ Form 8615 (see page 24). Amount from Form(s) 8814 ▶ **e** _____ | 38 | 0. |
| | 39 | Additional taxes. Check if from **a** ☐ Form 4970 **b** ☐ Form 4972 | 39 | |
| | 40 | Add lines 38 and 39 ▶ | 40 | 0. |
| **Credits** | 41 | Credit for child and dependent care expenses. Attach Form 2441 | 41 | |
| | 42 | Credit for the elderly or the disabled. Attach Schedule R | 42 | |
| | 43 | Foreign tax credit. Attach Form 1116 | 43 | |
| | 44 | Other credits. Check if from **a** ☐ Form 3800 **b** ☐ Form 8396 **c** ☐ Form 8801 **d** ☐ Form (specify) _____ | 44 | |
| | 45 | Add lines 41 through 44 | 45 | |
| | 46 | Subtract line 45 from line 40. If line 45 is more than line 40, enter -0- ▶ | 46 | 0. |
| **Other Taxes** | 47 | Self-employment tax. Attach Schedule SE | 47 | 9,929. |
| | 48 | Alternative minimum tax. Attach Form 6251 | 48 | |
| | 49 | Recapture taxes. Check if from **a** ☐ Form 4255 **b** ☐ Form 8611 **c** ☐ Form 8828 | 49 | |
| | 50 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 50 | |
| | 51 | Tax on qualified retirement plans, including IRAs. If required, attach Form 5329 | 51 | |
| | 52 | Advance earned income credit payments from Form W-2 | 52 | |
| | 53 | Add lines 46 through 52. This is your **total tax** ▶ | 53 | 9,929. |
| **Payments** Attach Forms W-2, W-2G, and 1099-R on the front. | 54 | Federal income tax withheld. If any is from Form(s) 1099, check ▶ ☐ | 54 | |
| | 55 | 1994 estimated tax payments and amount applied from 1993 return | 55 | |
| | 56 | **Earned income credit.** If required, attach Schedule EIC (see page 27). Nontaxable earned income: amount ▶ _____ and type ▶ | 56 | |
| | 57 | Amount paid with Form 4868 (extension request) | 57 | |
| | 58 | Excess social security and RRTA tax withheld (see page 32) | 58 | |
| | 59 | Other payments. Check if from **a** ☐ Form 2439 **b** ☐ Form 4136 | 59 | |
| | 60 | Add lines 54 through 59. These are your **total payments** ▶ | 60 | |
| **Refund or Amount You Owe** | 61 | If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you **OVERPAID** ▶ | 61 | |
| | 62 | Amount of line 61 you want **REFUNDED TO YOU** ▶ | 62 | |
| | 63 | Amount of line 61 you want **APPLIED TO YOUR 1995 ESTIMATED TAX** ▶ 63 | | |
| | 64 | If line 53 is more than line 60, subtract line 60 from line 53. This is the **AMOUNT YOU OWE.** For details on how to pay, including what to write on your payment, see page 32 | 64 | 10,441. |
| | 65 | Estimated tax penalty (see page 33). Also include on line 64 | 65 | 512. |

| | | | |
|---|---|---|---|
| **Sign Here** Keep a copy of this return for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
| | Your signature ▶ X /s/ Peter J. Locke | Date 9/20/98 | Your occupation SELF-EMPLOYED |
| | Spouse's signature. If a joint return, BOTH must sign. ▶ X /s/ Jeanne Locke | Date 9/20/98 | Spouse's occupation SELF-EMPLOYED |
| **Paid Preparer's Use Only** | Preparer's signature ▶ /s/ Bay Goldstein | Date 9-1-98 | Check if self-employed ☐    Preparer's social security no. 563 56 5745 |
| | Firm's name (or yours if self-employed) and address ▶ BAY SHERMAN CRAIG & GOLDSTEIN, LLP 11845 W. OLYMPIC BLVD., #845 LOS ANGELES, CA | | E.I. No. 95 3303070 ZIP code 90064 |

```
*  INTEREST NOT INCLUDED      4,421.    ** PENALTY NOT INCLUDED          2,035.
                  *** LATE FILING PENALTY NOT INCLUDED                    2,234.
                                      Ex. 4 pg. 2    TOTAL DUE           19,131.
```

| Form **2210** | | Underpayment of Estimated Tax by Individuals, Estates, and Trusts | OMB No. 1545-0140 |
|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | ▶ See separate instructions.<br>▶ Attach to Form 1040, Form 1040A, Form 1040NR, or Form 1041 | **1994** |

Name(s) shown on tax return

PETER J. & JEANNE LOCKE

■ most cases, you do not need to file Form 2210. The IRS will figure any penalty you owe and send you a bill. File ■ Part I apply to you. If you do not need to file Form 2210, you still may use it to figure your penalty. Enter the amount from line 20 or line 36 on the penalty line of your return, but do not attach Form 2210.

### Part I — Reasons for Filing
If 1a, b, or c below applies to you, you may be able to lower or eliminate your penalty. But you MUST check the boxes that apply and file Form 2210 with your tax return. If 1d below applies to you, check that box and file Form 2210 with your tax return.

1  Check whichever boxes apply (if none apply, see the **Note** above):
 a ☐ You request a **waiver**. In certain circumstances, the IRS will waive all or part of the penalty. See **Waiver of Penalty** on page 1 of the instructions.
 b ☐ You use the **annualized income installment method**. If your income varied during the year, this method may reduce the amount of one or more required installment(s). See page 4 of the instructions.
 c ☐ You had Federal income tax withheld from wages and you treat it as paid for estimated tax purposes when it was actually withheld instead of in equal amounts on the payment due dates. See the instructions for line 22.
 d ☐ Your required annual payment (line 13 below) is based on your 1993 tax and you filed or are filing a joint return for either 1993 or 1994 but not for both years.

### Part II — Required Annual Payment

| | | | |
|---|---|---|---|
| 2 | Enter your 1994 tax after credits | 2 | 9,929. |
| 3 | Other taxes (see instructions) | 3 | |
| 4 | Add lines 2 and 3 | 4 | 9,929. |
| 5 | Earned income credit | 5 | |
| 6 | Credit for Federal tax paid on fuels | 6 | |
| 7 | Add lines 5 and 6 | 7 | |
| 8 | Current year tax. Subtract line 7 from line 4 | 8 | 9,929. |
| 9 | Multiply line 8 by 90% (.90) | 9 | 8,936. |
| 10 | Withholding taxes. Do not include any estimated tax payments on this line | 10 | |
| 11 | Subtract line 10 from line 8. If less than $500, stop here; do not complete or file this form. You do not owe the penalty | 11 | 9,929. |
| 12 | Enter the tax shown on your 1993 tax return (110% of that amount if the adjusted gross income shown on that return is more than $150,000, or if married filing separately for 1994, more than $75,000). **Caution:** See instructions. | 12 | |
| 13 | **Required annual payment.** Enter the smaller of line 9 or line 12 | 13 | 8,936. |

**Note:** If line 10 is equal to or more than line 13, stop here; you do not owe the penalty. Do not file Form 2210 unless you checked box 1d above.

### Part III — Short Method
(**Caution:** Read the instructions to see if you can use the short method. If you checked box 1b or c in Part I, skip this part and go to Part IV.)

| | | | |
|---|---|---|---|
| 14 | Enter the amount, if any, from line 10 above | 14 | |
| 15 | Enter the total amount, if any, of estimated tax payments you made | 15 | |
| 16 | Add lines 14 and 15 | 16 | |
| 17 | **Total underpayment for year.** Subtract line 16 from line 13. If zero or less, stop here; you do not owe the penalty. Do not file Form 2210 unless you checked box 1d above | 17 | 8,936. |
| 18 | Multiply line 17 by .05725 | 18 | 512. |
| 19 | • If the amount on line 17 was paid **on or after** 4/15/95, enter –0–.<br>• If the amount on line 17 was paid **before** 4/15/95, make the following computation to find the amount to enter on line 19.<br><br>Amount on line 17   ×   Number of days paid before 4/15/95   ×   .00025 | 19 | 0. |
| 20 | **PENALTY.** Subtract line 19 from line 18. Enter the result here and on Form 1040, line 65; Form 1040A, line 33; Form 1040NR, line 66; or Form 1041, line 26 ▶ | 20 | 512. |

S430   For Paperwork Reduction Act Notice, see page 1 of separate instructions.   Form **2210** (1994)

Ex. 4 pg. 3

**SCHEDULE A&B**
**(Form 1040)**
Department of the Treasury
Internal Revenue Service

# Schedule A — Itemized Deductions
(Schedule B is on page 2)
▶ Attach to Form 1040.   ▶ See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074
**1994**
Attachment Sequence No. 07

Name(s) shown on Form 1040: **PETER J. & JEANNE LOCKE**

Your social security number: [redacted]

| Section | Line | Description | | Amount |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: Do not include expenses reimbursed or paid by others. | | |
| | 1 | Medical and dental expenses (see page A-1) SEE STATEMENT 3 | 1 | 21,556. |
| | 2 | Enter amount from Form 1040, line 32 … 2  89,178. | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 6,688. |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | 4 | 14,868. |
| **Taxes You Paid** (See page A-1.) | 5 | State and local income taxes | 5 | |
| | 6 | Real estate taxes (see page A-2) | 6 | 1,735. |
| | 7 | Personal property taxes | 7 | |
| | 8 | Other taxes - List type and amount ▶ _____ | 8 | |
| | 9 | Add lines 5 through 8 | 9 | 1,735. |
| **Interest You Paid** (See page A-2.) | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 122,041. |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ _____ | 11 | |
| Note: Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | |
| | 13 | Investment interest. If required, attach Form 4952. (See page A-3.) | 13 | |
| | 14 | Add lines 10 through 13 | 14 | 122,041. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see page A-3. | 15 | Gifts by cash or check. If any gift of $250 or more, see page A-3 | 15 | 700. |
| | 16 | Other than by cash or check. If any gift of $250 or more, see page A-3. If over $500, you MUST attach Form 8283   STMT 2 | 16 | 400. |
| | 17 | Carryover from prior year | 17 | |
| | 18 | Add lines 15 through 17 | 18 | 1,100. |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-4.) | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** (See page A-5 for expenses to deduct here.) | 20 | Unreimbursed employee expenses - job travel, union dues, job education, etc. If required, you MUST attach Form 2106 or 2106-EZ. (See page A-5.) ▶ _____ | 20 | |
| | 21 | Tax preparation fees | 21 | |
| | 22 | Other expenses - investment, safe deposit box, etc. List type and amount ▶ _____ | 22 | |
| | 23 | Add lines 20 through 22 | 23 | |
| | 24 | Enter amount from Form 1040, line 32 … 24 | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | 26 | |
| **Other Miscellaneous Deductions** | 27 | Moving expenses incurred before 1994. Attach Form 3903 or 3903-F. (See page A-5) | 27 | |
| | 28 | Other - from list on page A-5. List type and amount ▶ _____ | 28 | |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 32, over $111,800 (over $55,900 if married filing separately)? **NO.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter on Form 1040, line 34, the **larger** of this amount or your standard deduction. **YES.** Your deduction may be limited. See page A-5 for the amount to enter. | 29 | 139,744. |

S430  For Paperwork Reduction Act Notice, see Form 1040 Instructions.   Schedule A (Form 1040) 1994

419501
10-20-94

Ex. 4 pg. 4

| SCHEDULE C<br>(Form 1040) | | Profit or Loss From Business<br>(Sole Proprietorship) | | OMB No. 1545-0074 |
|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Attach to Form 1040 or Form 1041. | ▶ Partnerships, joint ventures, etc., must ▬▬▬<br>▶ See i▬ | C (Form 1040). | |

Name of proprietor: **PETER J. LOCKE**

**A** Principal business or profession, including product or service: **EMPLOYMENT AGENCY**

**B** ▬▬▬ ▶ **7732**

**C** Business name. If no separate business name, leave blank.: **SYSTEMATICS AGENCY**

**D** Employer ID number (EIN), if any: **95-4128417**

**E** Business address (including suite or room no.) ▶ **606 WILSHIRE BLVD #202**
City, town or post office, state, and ZIP code: **SANTA MONICA, CA 90401**

**F** Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶

**G** Method(s) used to value closing inventory: (1) [ ] Cost  (2) [ ] Lower of cost or market  (3) [ ] Other (attach explanation)  (4) [X] Does not apply (if checked, skip line H)

| | | Yes | No |
|---|---|---|---|
| **H** Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation | | | |
| **I** Did you "materially participate" in the operation of this business during 1994? If "No," see page C-2 for limit on losses | | X | |
| **J** If you started or acquired this business during 1994, check here | | ▶ [ ] | |

### Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution: If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-2 and check here ▶ [ ] | 1 | 472,585. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 472,585. |
| 4 | Cost of goods sold (from line 40 on page 2) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 472,585. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund | 6 | |
| 7 | Gross income. Add lines 5 and 6. ▶ | 7 | 472,585. |

### Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 36,749. | 19 Pension and profit-sharing plans | 19 | |
| 9 | Bad debts from sales or services | 9 | | 20 Rent or lease: | | |
| | | | | a Vehicles, machinery, and equipment | 20a | |
| | | | | b Other business property | 20b | 14,926. |
| 10 | Car and truck expenses | 10 | | 21 Repairs and maintenance | 21 | |
| 11 | Commissions and fees | 11 | 5,672. | 22 Supplies (not included in Part III) | 22 | |
| 12 | Depletion | 12 | | 23 Taxes and licenses | 23 | 24,925. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) | 13 | | 24 Travel, meals, and entertainment:<br>a Travel | 24a | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b Meals and entertainment | | |
| 15 | Insurance (other than health) | 15 | 7,668. | c Enter 50% of line 24b subject to limitations | | |
| 16 | Interest: | | | | | |
| a | Mortgage (paid to banks, etc.) | 16a | | d Subtract line 24c from line 24b | 24d | |
| b | Other | 16b | | 25 Utilities | 25 | |
| 17 | Legal and professional services | 17 | | 26 Wages (less employment credits) | 26 | 240,154. |
| 18 | Office expense | 18 | 26,240. | 27 Other expenses (from line 46 on page 2) | 27 | 26,077. |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | | | | 28 | 382,411. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | | | | 29 | 90,174. |
| 30 | Expenses for business use of your home. Attach Form 8829 | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29.<br>• If a profit, enter on Form 1040, line 12, and ALSO on Schedule SE, line 2 (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you MUST go on to line 32. | | | | 31 | 90,174. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-5).<br>• If you checked 32a, enter the loss on Form 1040, line 12, and ALSO on Schedule SE, line 12 (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3.<br>• If you checked 32b you MUST attach Form 6198. | | | | 32a [ ] All investment is at risk.<br>32b [ ] Some investment is not at risk. | |

S430  For Paperwork Reduction Act Notice, see Form 1040 Instructions.  Schedule C (Form 1040) 1994

420001
10-20-94

## Part III  Cost of Goods Sold  (see page C-5)

| | | |
|---|---|---|
| 33 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 33 | |
| 34 | Purchases less cost of items withdrawn for personal use | 34 | |
| 35 | Cost of labor. Do not include salary paid to yourself | 35 | |
| 36 | Materials and supplies | 36 | |
| 37 | Other costs | 37 | |
| 38 | Add lines 33 through 37 | 38 | |
| 39 | Inventory at end of year | 39 | |
| 40 | **Cost of goods sold.** Subtract line 39 from line 38. Enter the result here and on page 1, line 4 | 40 | |

## Part IV  Information on Your Vehicle. Complete this part ONLY if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-3 to find out if you must file.

41  When did you place your vehicle in service for business purposes? (month, day, year)   ▶ ___/___/___

42  Of the total number of miles you drove your vehicle during 1994, enter the number of miles you used your vehicle for:

a  Business _____    b  Commuting _____    c  Other _____

43  Do you (or your spouse) have another vehicle available for personal use? ☐ Yes ☐ No

44  Was your vehicle available for use during off-duty hours? ☐ Yes ☐ No

45 a  Do you have evidence to support your deduction? ☐ Yes ☐ No
   b  If "Yes," is the evidence written? ☐ Yes ☐ No

## Part V  Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---:|
| ANSWERING SERVICE | 600. |
| TELEPHONE | 5,377. |
| PARKING | 1,122. |
| OUTSIDE SERVICES | 4,010. |
| SEE STATEMENT SBE | 14,968. |
| | |
| | |
| | |
| | |
| | |
| 46  Total other expenses. Enter here and on page 1, line 27 | 26,077. |

**SCHEDULE SE**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

**Self-Employment Tax**

▶ See Instructions for Schedule SE (Form 1040).
▶ Attach to Form 1040.

OMB No. 1545-0074

**1994**

Attachment
Sequence No. **17**

Name of person with self-employment income (as shown on Form 1040)

PETER J. LOCKE

Social security number of person with **self-employment** income ▶

### Who Must File Schedule SE
You must file Schedule SE if:

- You had net earnings from self-employment from other than church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **OR**
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income. See page SE-1.

**Note:** Even if you have a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE. See page SE-2.

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner, **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write "Exempt-Form 4361" on Form 1040, line 47.

### May I Use Short Schedule SE or MUST I Use Long Schedule SE?



### Section A - Short Schedule SE. Caution: Read above to see if you can use Short Schedule SE.

| | | |
|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; and Schedule K-1 (Form 1065), line 15a (other than farming). Ministers and members of religious orders see page SE-1 for amounts to report on this line. See page SE-2 for other income to report    SEE STATEMENT 4 | 2 | 90,174. |
| 3 | Combine lines 1 and 2 | 3 | 90,174. |
| 4 | **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, do not file this schedule; you do not owe self-employment tax   ▶ | 4 | 83,276. |
| 5 | Self-employment tax. If the amount on line 4 is:<br>• $60,600 or less, multiply line 4 by 15.3% (.153). Enter the result here and on Form 1040, line 47.<br>• More than $60,600, multiply line 4 by 2.9% (.029). Then, add $7,514.40 to the result. Enter the total here and on **Form 1040, line 47** | 5 | 9,929. |
| 6 | **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on Form 1040, line 25. | 6 | 4,965. |

S430  For Paperwork Reduction Act Notice, see Form 1040 Instructions.                Schedule SE (Form 1040) 1994

424501
10-19-94

| ASSET NUMBER | DESCRIPTION | AMT METHOD | AMT LIFE | REGULAR DEPRECIATION | AMT DEPRECIATION | AMT ADJUSTMENT |
|---|---|---|---|---|---|---|
| 1 | AUTO | 150DB | 5.00 | 4,600. | 4,600. | 0. |
|  | TOTALS |  |  | 4,600. | 4,600. | 0. |

# Statement SBE
## Supplemental Business Expenses

**1994**

| Your name | Social security number | Business in which expenses were incurred |
|---|---|---|
| PETER J. LOCKE | [redacted] | SELF-EMPLOYED |

### Part I — Business Expenses and Reimbursements

**STEP 1 — Enter Your Expenses**

| | | Column A — Other than Meals and Entertainment | Column B — Meals and Entertainment |
|---|---|---|---|
| 1 | Vehicle expense from line 22 or line 29 | 14,968. | |
| 2 | Parking fees, tolls, and transportation, including train, bus, etc., that **did not** involve overnight travel | | |
| 3 | Travel expense while away from home overnight, including lodging, airplane, car rental, etc. **Do not** include meals and entertainment | | |
| 4 | Business expenses not included on lines 1 through 3. **Do not** include meals and entertainment | | |
| 5 | Meals and entertainment expenses. (See instructions.) | | |
| 6 | **Total expenses.** In Column A, add lines 1 through 4 and enter the result. In Column B, enter the amount from line 5 | 14,968. | |

NOTE: If you were not reimbursed for any expenses in Step 1, skip line 7 and enter the amount from line 6 on line 8.

**STEP 2 — Reimbursements for Expenses Listed In STEP 1**

| | | | |
|---|---|---|---|
| 7 | Enter amounts that were **not** reported to you in box 1 of Form W-2. Include any amount reported under code "L" in box 13 of your Form W-2 | | |

**STEP 3 — Figure Expenses Subject to the 50% Limitation**

| | | Column A | Column B |
|---|---|---|---|
| 8 | Subtract line 7 from line 6 | 14,968. | |
| | Note: If **both columns** of line 8 are zero, **stop here.** If Column A is less than zero, report the amount as income. | | |
| 9 | In Column A, enter the amount from line 8 (If zero or less, enter -0-). In Column B, multiply the amount on line 8 by 50% (.50) | 14,968. | |
| 10 | Add the amounts on line 9 of both columns and enter the total here. This is your supplemental business expense ▶ | | 14,968. |

| | | | (a) Vehicle 1 | (b) Vehicle |
|---|---|---|---|---|
| 11 | Enter the date v... | | | |
| 12 | Total miles vehicle was driven during 1994 | 12 | 10,163 miles | miles |
| 13 | Business miles included on line 12 | 13 | 10,163 miles | miles |
| 14 | Percent of business use. Divide line 13 by line 12 | 14 | 100.00 % | % |
| 15 | Average daily round trip commuting distance | 15 | miles | miles |
| 16 | Commuting miles included on line 12 | 16 | miles | miles |
| 17 | Other personal miles. Add lines 13 and 16 and subtract the total from line 12 | 17 | miles | miles |
| 18 | Do you (or your spouse) have another vehicle available for personal purposes? | | [X] Yes [ ] No | |
| 19 | If you are provided with a vehicle, is personal use during off duty hours permitted? | | [ ] Yes [ ] No [X] Not applicable | |
| 20 | Do you have evidence to support your deduction? | | [X] Yes [ ] No | |
| 21 | If "Yes," is the evidence written? | | [X] Yes [ ] No | |

**Section B. - Standard Mileage Rate (Use this section only if you own the vehicle.)**

| 22 | Multiply line 13 by 29¢ (.29). Enter the result here and on line 1. (Rural mail carriers, see instructions.) | 22 | |

**Section C. - Actual Expenses**

| | | | (a) Vehicle 1 | (b) Vehicle |
|---|---|---|---|---|
| 23 | Gasoline, oil, repairs, vehicle insurance, etc. | 23 | 10,368. | |
| 24a | Vehicle rentals | 24a | | |
| b | Inclusion amount | 24b | | |
| c | Subtract line 24b from line 24a | 24c | | |
| 25 | Value of employer-provided vehicle (applies only if 100% of annual lease value was included on Form W-2.) | 25 | | |
| 26 | Add lines 23, 24c, and 25 | 26 | 10,368. | |
| 27 | Multiply line 26 by the percentage on line 14 | 27 | 10,368. | |
| 28 | Depreciation. Enter amount from line 38 below | 28 | 4,600. | |
| 29 | Add lines 27 and 28. Enter total here and on line 1 | 29 | 14,968. | |

**Section D. - Depreciation of Vehicles (Use this section only if you own the vehicle.)**

| | | | (a) Vehicle 1 | (b) Vehicle |
|---|---|---|---|---|
| 30 | Enter cost or other basis | 30 | 32,501. | |
| 31 | Enter amount of section 179 deduction | 31 | | |
| 32 | Multiply line 30 by line 14 | 32 | 32,501. | |
| 33 | Enter depreciation method and percentage | 33 | 200DB 36.48% | |
| 34 | Multiply line 32 by the percentage on line 33 | 34 | 11,856. | |
| 35 | Add lines 31 and 34 | 35 | 11,856. | |
| 36 | Enter the limitation amount from the table in the line 36 instructions | 36 | 4,600. | |
| 37 | Multiply line 36 by the percentage on line 14 | 37 | 4,600. | |
| 38 | Enter the **smaller** of line 35 or line 37. Also, enter this amount on line 28 above | 38 | 4,600. | |

**Depreciation and Amortization Detail**   SELF-EMPLOYED                                                    2106-    1

| Asset Number | Date placed in service | Method/ IRC sec. | Life or rate | Line No. | Description of property / Cost or other basis | Basis reduction | Accumulated depreciation/amortization | Current year deduction |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | AUTO | | | |
|  | 010193 | 200DB | 5.00 | 19 | 32,501. | | 2,860. | 4,600. |
|  | | | | | TOTAL 2106 DEPRECIATION | | | |
|  | | | | | 32,501. | | 2,860. | 4,600. |

# · Current year section 179_   (D) · Asset disposed

| Form **4562** | **Depreciation and Amortization** 2106- 1 | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | (Including Information on Listed Property)<br>▶ Attach this form to your return. | **1994**<br>Attachment Sequence No. **67** |

Name(s) shown on return: **PETER J. & JEANNE LOCKE**

Identifying number: ███████

Business or activity to which this form relates: **SELF-EMPLOYED**

### Part I — Election To Expense Certain Tangible Property (Section 179) (Note: If you have any "Listed Property," complete Part V before you complete Part I.)

| | | | |
|---|---|---:|---:|
| 1 | Maximum dollar limitation (If an enterprise zone business, see instructions.) | 1 | $17,500 |
| 2 | Total cost of section 179 property placed in service during the tax year | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | $200,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. (If married filing separately, see instructions.) | 5 | |

| 6 | (a) Description of property | (b) Cost | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---:|---:|
| 7 | Listed property. Enter amount from line 26 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from 1993 | 10 | |
| 11 | Taxable income limitation. Enter the smaller of taxable income (not less than zero) or line 5 | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 1995. Add lines 9 and 10, less line 12 ▶ 13 | | |

Note: Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.

### Part II — MACRS Depreciation For Assets Placed in Service ONLY During Your 1994 Tax Year (Do Not Include Listed Property)

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (Business/investment use only) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|

#### Section A - General Depreciation System (GDS)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14 | a | 3-year property | | | | | |
| | b | 5-year property | | | | | |
| | c | 7-year property | | | | | |
| | d | 10-year property | | | | | |
| | e | 15-year property | | | | | |
| | f | 20-year property | | | | | |
| | g | Residential rental property | / | | 27.5 yrs. | MM | S/L |
| | | | / | | 27.5 yrs. | MM | S/L |
| | h | Nonresidential real property | / | | | MM | S/L |
| | | | / | | | MM | S/L |

#### Section B - Alternative Depreciation System (ADS)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 15 | a | Class life | | | | | S/L |
| | b | 12-year | | | 12 yrs. | | S/L |
| | c | 40-year | / | | 40 yrs. | MM | S/L |

### Part III — Other Depreciation (Do Not Include Listed Property)

| | | | |
|---|---|---:|---:|
| 16 | GDS and ADS deductions for assets placed in service in tax years beginning before 1994 | 16 | |
| 17 | Property subject to section 168(f)(1) election | 17 | |
| 18 | ACRS and other depreciation | 18 | |

### Part IV — Summary

| | | | |
|---|---|---:|---:|
| 19 | Listed property. Enter amount from line 25 | 19 | 4,600. |
| 20 | Total. Add deductions on line 12, lines 14 and 15 in column (g), and lines 16 through 19. Enter here and on the appropriate lines of your return. (Partnerships and S corporations - see instructions) | 20 | 4,600. |
| 21 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 21 | |

S430   For Paperwork Reduction Act Notice, see page 1 of the separate instructions.   Form 4562 (1994)

416251
09-23-94

**Part V** Listed Property - Automobiles, Certain Other Vehicles, Cellular Telephones, Certain Computers, and Property Used for Entertainment, Recreation, or Amusement

For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 22a, 22b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information** (Caution: See instructions for limitations for automobiles.)

22a Do you have evidence to support the business/investment use claimed? [X] Yes [ ] No   22b If "Yes," is the evidence written? [X] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/ investment use only) | (f) Recovery period | (g) Method / Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 23 Property used more than 50% in a qualified business use: | | | | | | | | |
| AUTO | 010193 | 100.00 % | 32,501. | 32,501. | 5.00 | 200DB-HY | 4,600. | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 24 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |

25 Add amounts in column (h). Enter the total here and on line 19, page 1 ............... | 25 | 4,600.
26 Add amounts in column (i). Enter the total here and on line 7, page 1 ............... | 26 |

**Section B - Information Regarding Use of Vehicles** - If you deduct expenses for vehicles:
- Always complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
- If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle | (c) Vehicle | (d) Vehicle | (e) Vehicle | (f) Vehicle |
|---|---|---|---|---|---|---|
| 27 Total business/investment miles driven during the year (DO NOT include commuting miles) | 10,163 | | | | | |
| 28 Total commuting miles driven during the year | | | | | | |
| 29 Total other personal (noncommuting) miles driven | | | | | | |
| 30 Total miles driven during the year. Add lines 27 through 29 | 10,163 | | | | | |
| | Yes No | Yes No | Yes No | Yes No | Yes No | Yes No |
| 31 Was the vehicle available for personal use during off-duty hours? | | | | | | |
| 32 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | |
| 33 Is another vehicle available for personal use? | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B. Note: Section B must always be completed for vehicles used by sole proprietors, partners, or other more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 34 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 35 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? (See instructions for vehicles used by corporate officers, directors, or 1% or more owners.) | | |
| 36 Do you treat all use of vehicles by employees as personal use? | | |
| 37 Do you provide more than five vehicles to your employees and retain the information received from your employees concerning the use of the vehicles? | | |
| 38 Do you meet the requirements concerning qualified automobile demonstration use? | | |

Note: If your answer to 34, 35, 36, 37, or 38 is "Yes," you need not complete Section B for the covered vehicles.

**Part VI** Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 39 Amortization of costs that begins during your 1994 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| 40 Amortization of costs that began before 1994 ................ | | | | 40 | |
| 41 Total. Enter here and on "Other Deductions" or "Other Expenses" line of your return ................ | | | | 41 | |

416252
09-26-94

```
FORM 1040                SOCIAL SECURITY BENEFITS WORKSHEET              STATEMENT   1
```

CHECK ONLY ONE
   A. SINGLE, HEAD OF HOUSEHOLD, OR QUALIFYING WIDOW(ER).
X B. MARRIED FILING A JOINT RETURN.
   C. MARRIED FILING SEPARATELY AND LIVED WITH YOUR SPOUSE
      AT ANY TIME DURING 1994.
   D. MARRIED FILING SEPARATELY AND LIVED APART FROM YOUR SPOUSE
      FOR ALL OF 1994.

1. ENTER THE TOTAL AMOUNT FROM BOX 5 OF ALL YOUR
   FORMS SSA-1099 AND FORMS RRB-1099 (IF APPLICABLE) . . . . .    4,669.
2. DIVIDE LINE 1 ABOVE BY 2 . . . . . . . . . . . . . . . . . .    2,335.
3. ADD THE AMOUNTS ON FORM 1040, LINES 7, 8B, 9 THROUGH 14, 15B,
   16B, 17 THROUGH 19, 21 AND SCHEDULE B, LINE 2. DO NOT
   INCLUDE ANY AMOUNTS FROM BOX 5 OF FORMS SSA-1099 OR RRB-1099   90,174.
4. ENTER THE AMOUNT OF ANY EXCLUSIONS FROM: INTEREST, FOREIGN
   EARNED INCOME, FOREIGN HOUSING, INCOME FROM U.S. POSSESSIONS,
   OR INCOME FROM PUERTO RICO BY BONA FIDE RESIDENTS OF PUERTO
   RICO THAT YOU CLAIMED. . . . . . . . . . . . . . . . . . . .
5. ADD LINES 2, 3, AND 4. . . . . . . . . . . . . . . . . . . .   92,509.
6. ENTER THE AMOUNT FROM FORM 1040, LINE 30 . . . . . . . . . .    4,965.
7. SUBTRACT LINE 6 FROM LINE 5 . . . . . . . . . . . . . . . .   87,544.
8. ENTER - $25,000 IF YOU CHECKED BOX A OR D, OR
         $32,000 IF YOU CHECKED BOX B, OR . . . . . . . . . .   32,000.
         -0- IF YOU CHECKED BOX C
9. SUBTRACT LINE 8 FROM LINE 7. IF ZERO OR LESS, ENTER -0-. . .   55,544.
   * IF LINE 9 IS ZERO, STOP. NONE OF YOUR SSA OR RRB BENEFITS
     ARE TAXABLE.
   * IF LINE 9 IS MORE THAN ZERO, GO TO LINE 10.
10. DIVIDE THE LINE 9 BY 2 . . . . . . . . . . . . . . . . . . .   27,772.
11. ENTER - $34,000 IF YOU CHECKED BOX A OR D, OR
         $44,000 IF YOU CHECKED BOX B, OR . . . . . . . . . .   44,000.
         -0- IF YOU CHECKED BOX C
12. SUBTRACT LINE 11 FROM LINE 7. IF ZERO OR LESS, ENTER -0- AND
   GO TO LINE 18 NOW. OTHERWISE, GO TO LINE 13. . . . . . . . .   43,544.
13. ENTER - $4,500 IF YOU CHECKED BOX A OR D, OR
         $6,000 IF YOU CHECKED BOX B, OR . . . . . . . . . .    6,000.
         -0- IF YOU CHECKED BOX C
14. ENTER THE SMALLEST OF LINE 2, 10, OR 13. . . . . . . . . . .    2,335.
15. MULTIPLY LINE 12 BY 85% (.85). . . . . . . . . . . . . . . .   37,012.
16. ADD LINES 14 AND 15. . . . . . . . . . . . . . . . . . . . .   39,347.
17. MULTIPLY LINE 1 BY 85% (.85) . . . . . . . . . . . . . . . .    3,969.
18. TAXABLE SSA OR RRB BENEFITS
   * IF LINE 12 IS ZERO, FIRST ENTER ON FORM 1040, LINE 20A, THE
     AMOUNT FROM LINE 1. THEN, ENTER THE SMALLER OF LINE 2 OR
     LINE 10 HERE AND ON FORM 1040, LINE 20B.
   * IF LINE 12 IS MORE THAN ZERO, FIRST ENTER ON FORM 1040,
     LINE 20A, THE AMOUNT FROM LINE 1. THEN, ENTER THE SMALLER
     OF LINE 16 OR LINE 17 HERE AND ON FORM 1040, LINE 20B. . .    3,969.

| SCHEDULE A | CONTRIBUTIONS OTHER THAN CASH OR CHECK | | | STATEMENT 2 |
|---|---|---|---|---|
| DESCRIPTION | AMOUNT 50% LIMIT | AMOUNT 30% LIMIT | AMOUNT 20% LIMIT | |
| GOODWILL INDUSTRIES | 400. | | | |
| SUBTOTALS | 400. | | | |
| TOTAL TO SCHEDULE A, LINE 16 | | | 400. | |

| SCHEDULE A | MEDICAL AND DENTAL EXPENSES | STATEMENT 3 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| DOCTORS, DENTISTS, ETC. | | 21,556. |
| TOTAL TO SCHEDULE A, LINE 1 | | 21,556. |

| SCHEDULE SE | NON-FARM INCOME | STATEMENT 4 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| FROM SCHEDULE C | | 90,174. |
| TOTAL TO SCHEDULE SE, LINE 2 | | 90,174. |