# Form 1040 — U.S. Individual Income Tax Return — 1997

Department of the Treasury — Internal Revenue Service (99)

For the year Jan. 1–Dec. 31, 1997, or other tax year beginning , 1997, ending , 19

OMB No. 1545-0074

IRS Use Only - Do not write or staple in this space.

**Label** (See instructions on page 10.) Use the IRS label. Otherwise, please print or type.

- Your first name and initial: PETER J.
- Last name: LOCKE
- If a joint return, spouse's first name and initial: JEANNE
- Last name: LOCKE
- Home address (number and street): 13491 BAYLISS ROAD
- City, town or post office, state, and ZIP code: LOS ANGELES, CA 90049-
- Your social security number: [redacted]

For help in finding line instructions, see pages 2 and 3 in the booklet.

**Presidential Election Campaign** (See page 10.)
- Do you want $3 to go to this fund?
- If a joint return, does your spouse want $3 to go to this fund?

Note: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status** (Check only one box.)
1. Single
2. [X] Married filing joint return (even if only one had income)
3. Married filing separate return. Enter spouse's soc. sec. no. above and full name here.
4. Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here.
5. Qualifying widow(er) with dependent child (year spouse died ▶ 19 ).

**Exemptions**

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.
b [X] Spouse
c Dependents:

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) No. of months lived in your home in 1997 |
|---|---|---|---|---|
| | | | | |

No. of boxes checked on 6a and 6b: 2
No. of your children on 6c who: lived with you / did not live with you due to divorce or separation / Dependents on 6c not entered above
Add numbers entered on lines above ▶ 2

INTERNAL REVENUE SERVICE RECEIVED OCT - 2 1998 LOS ANGELES DISTRICT GLENDALE CA

d Total number of exemptions claimed

**Income**

Attach Copy B of your Forms W-2, W-2G, and 1099-R here. If you did not get a W-2, see page 12. Enclose but do not attach any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. DO NOT include on line 8a | |
| 9 | Dividends. Attach Schedule B if required | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | Total IRA distributions / b Taxable amount | |
| 16a | Total pensions and annuities / b Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 92,555. |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits 5,074. / b Taxable amount | 4,313. |
| 21 | Other income. List type and amount - see page 15 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 96,868. |

**Adjusted Gross Income**

If line 32 is under $29,290 (under $9,770 if a child did not live with you), see EIC inst. on page 21.

| Line | Description | Amount |
|---|---|---|
| 23 | IRA deduction (see page 16) | |
| 24 | Medical savings account deduction. Attach Form 8853 | |
| 25 | Moving expenses. Attach Form 3903 or 3903-F | |
| 26 | One-half of self-employment tax. Attach Schedule SE | |
| 27 | Self-employed health insurance deduction (see page 17) | 1,034. |
| 28 | Keogh & self-employed SEP plans and SIMPLE plans | |
| 29 | Penalty on early withdrawal of savings | |
| 30a | Alimony paid b Recipient's SSN ▶ | |
| 31 | Add lines 23 through 30a | 1,034. |
| 32 | Subtract line 31 from line 22. This is your **adjusted gross income** ▶ | 95,834. |

EXHIBIT 5

LHA For Privacy Act and Paperwork Reduction Act Notice, see page 38.

Form **1040** (1997)

710001 10-28-97

Ex. 5 pg. 1

Form 1040 (1997)  PETER J. & JEANNE LOCKE                                                                                        OMB No. 1545-0074    Page **2**

| | | | |
|---|---|---|---:|
| **Tax Computation** | 33 | Amount from line 32 (adjusted gross income) ................................................................. **33** | 95,834. |
| | 34a | Check if: ☐ You were 65 or older, ☐ Blind; ☒ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ **34a** | 1 |
| | b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see page 18 and check here ▶ **34b** ☐ | |
| | 35 | Enter the larger of your: **Itemized deductions** from Schedule A, line 28, OR **Standard deduction** shown below for your filing status. But see page 18 if you checked any box on line 34a or 34b or someone can claim you as a dependent. • Single - $4,150  • Married filing jointly or Qualifying widow(er) - $6,900  • Head of household - $6,050  • Married filing separately - $3,450 ........... **35** | 42,979. |
| | 36 | Subtract line 35 from line 33 ........................................................................................ **36** | 52,855. |
| | 37 | If line 33 is $90,900 or less, multiply $2,650 by the total number of exemptions claimed on line 6d. If line 33 is over $90,900, see the worksheet on page 19 for the amount to enter ...... **37** | 5,300. |
| | 38 | **Taxable income.** Subtract line 37 from line 36. If line 37 is more than line 36, enter -0- ....... **38** | 47,555. |
| | 39 | Tax. See page 19. Check if any tax from **a** ☐ Form(s) 8814  **b** ☐ Form 4972 ............ ▶ **39** | 7,965. |
| **Credits** | 40 | Credit for child and dependent care expenses. Attach Form 2441 .......... **40** | |
| | 41 | Credit for the elderly or the disabled. Attach Schedule R ............... **41** | |
| | 42 | Adoption credit. Attach Form 8839 ..................... **42** | |
| | 43 | Foreign tax credit. Attach Form 1116 .................... **43** | |
| | 44 | Other. Check if from **a** ☐ Form 3800  **b** ☐ Form 8396  **c** ☐ Form 8801  **d** ☐ Form (specify) _____ **44** | |
| | 45 | Add lines 40 through 44 ............................................................................................ **45** | |
| | 46 | Subtract line 45 from line 39. If line 45 is more than line 39, enter -0- ........................ ▶ **46** | 7,965. |
| **Other Taxes** | 47 | Self-employment tax. Attach Schedule SE .................................................................. **47** | |
| | 48 | Alternative minimum tax. Attach Form 6251 ................................................................ **48** | 0. |
| | 49 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 ............ **49** | |
| | 50 | Tax on qualified retirement plans (including IRAs) and MSAs. Attach Form 5329 if required ........... **50** | |
| | 51 | Advance earned income credit payments from Form(s) W-2 ........................................ **51** | |
| | 52 | Household employment taxes. Attach Schedule H ..................................................... **52** | |
| | 53 | Add lines 46 through 52. This is your **total tax** ..................................................... ▶ **53** | 7,965. |
| **Payments** Attach Forms W-2, W-2G, and 1099-R on page 1. | 54 | Federal income tax withheld from Forms W-2 and 1099 ............ **54** | |
| | 55 | 1997 estimated tax payments and amount applied from 1996 return ...... **55** | |
| | 56a | **Earned income credit.** Attach Schedule EIC if you have a qualifying child | |
| | b | Nontaxable earned income: amount ▶ _____ and type ▶ _____ **56a** | |
| | 57 | Amount paid with Form 4868 (request for extension) ............. **57** | |
| | 58 | Excess social security and RRTA tax withheld (see page 27) ......... **58** | |
| | 59 | Other payments. Check if from **a** ☐ Form 2439  **b** ☐ Form 4136 ...... **59** | |
| | 60 | Add lines 54, 55, 56a, 57, 58, and 59. These are your **total payments** ............... ▶ **60** | |
| **Refund** Have it directly deposited! See Page 27 and fill in 62b, 62c, and 62d. | 61 | If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you **OVERPAID** ..... **61** | |
| | 62a | Amount of line 61 you want **REFUNDED TO YOU** ............................................. ▶ **62a** | |
| | b | Routing number _____  **c** Type: ☐ Checking  ☐ Savings | |
| | d | Account number _____ | |
| | 63 | Amount of line 61 you want **APPLIED TO YOUR 1998 ESTIMATED TAX** ▶ **63** | |
| **Amount You Owe** | 64 | If line 53 is more than line 60, subtract line 60 from line 53. This is the **AMOUNT YOU OWE.** For details on how to pay, see page 27 ................................................... ▶ **64** | 8,057. |
| | 65 | Estimated tax penalty. Also include on line 64 ............... **65** | 92. |

**Sign Here**
Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature  X /s/ Peter Locke   Date 9/21/98   Your occupation SELF-EMPLOYED
Spouse's signature. If a joint return, BOTH must sign.  X /s/ Jeanne Locke   Date 9/21/98   Spouse's occupation SELF-EMPLOYED

**Paid Preparer's Use Only**

| Preparer's signature | ▶ /s/ | Date 9-8-98 | Check if self-employed ☐ | Preparer's social security no. 563 56 5745 |
|---|---|---|---|---|
| Firm's name (or yours if self-employed) and address | ▶ BAY SHERMAN CRAIG & GOLDSTEIN, LLP  11845 W. OLYMPIC BLVD., #845  LOS ANGELES, CA | | EIN 95 3303070  ZIP code 90064 | |

```
                ** INTEREST NOT INCLUDED                              326.
                ** PENALTY NOT INCLUDED                               239.
710002
10-28-97            Ex. 5 pg. 2    **** TOTAL DUE                  8,622.
```

| Form **2210** | **Underpayment of Estimated Tax by Individuals, Estates, and Trusts** | OMB No. 1545-0140 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ See separate instructions.  ▶ Attach to Form 1040, 1040A, 1040NR, 1040NR-EZ, or 1041. | **1997** Attachment |

Name(s) shown on tax return

PETER J. & JEANNE LOCKE

most cases, you **do not** need to file Form 2210. The IRS will figure any penalty you owe and send you a bill. Fi
Part I apply to you. If you do not need to file Form 2210, you still may use it to figure your penalty. Enter the amount from line 20 or line 32 on the penalty line of your return, but do not attach Form 2210.

**Part I    Reasons for Filing** - If 1a, b, or c below applies to you, you may be able to lower or eliminate your penalty. But you MUST check the boxes that apply and file Form 2210 with your tax return. If 1d below applies to you, check that box and file Form 2210 with your tax return.

1  Check whichever boxes apply (if none apply, see the **Note** above):

a  ☐ You request a **waiver**. In certain circumstances, the IRS will waive all or part of the penalty. See **Waiver of Penalty** on page 1 of the instructions.

b  ☐ You use the **annualized income installment method**. If your income varied during the year, this method may reduce the amount of one or more required installments. See page 4 of the instructions.

c  ☐ You had Federal income tax withheld from wages and, for estimated tax purposes, you treat the withheld tax as paid on the dates it was actually withheld, instead of in equal amounts on the payments on the payment due dates. See the instructions for line 22 on page 3.

d  ☐ Your required annual payment (line 13 below) is based on your 1996 tax and you filed or are filing a joint return for either 1996 or 1997 but not for both years.

**Part II    Required Annual Payment**

| | | | |
|---|---|---|---|
| 2 | Enter your 1997 tax after credits (see page 2 of the instructions) **Caution:** Also see page 2 for a special rule if claiming the research credit | 2 | 7,965. |
| 3 | Other taxes (see page 2 of the instructions) | 3 | |
| 4 | Add lines 2 and 3 | 4 | 7,965. |
| 5 | Earned income credit | 5 | |
| 6 | Credit for Federal tax paid on fuels | 6 | |
| 7 | Add lines 5 and 6 | 7 | |
| 8 | Current year tax. Subtract line 7 from line 4 | 8 | 7,965. |
| 9 | Multiply line 8 by 90% (.90) | 9 | 7,169. |
| 10 | Withholding taxes. Do not include any estimated tax payments on this line (see page 2 of the instructions) | 10 | |
| 11 | Subtract line 10 from line 8. If less than $500, stop here; do not complete or file this form. You do not owe the penalty | 11 | 7,965. |
| 12 | Enter the tax shown on your 1996 tax return (110% of that amount if the adjusted gross income shown on that return is more than $150,000, or if married filing separately for 1997, more than $75,000). **Caution:** See instructions. | 12 | 1,534. |
| 13 | **Required annual payment.** Enter the **smaller** of line 9 or line 12 | 13 | 1,534. |

Note: If line 10 is equal to or more than line 13, stop here; you do not owe the penalty. Do not file Form 2210 unless you checked box 1d above.

**Part III    Short Method (Caution:** See page 2 of the instructions to find out if you can use the short method. If you checked box 1b or c in Part I, skip this part and go to Part IV.)

| | | | |
|---|---|---|---|
| 14 | Enter the amount, if any, from line 10 above | 14 | |
| 15 | Enter the total amount, if any, of estimated tax payments you made | 15 | |
| 16 | Add lines 14 and 15 | 16 | |
| 17 | **Total underpayment for year.** Subtract line 16 from line 13. If zero or less, stop here; you do not owe the penalty. Do not file Form 2210 unless you checked box 1d above | 17 | 1,534. |
| 18 | Multiply line 17 by .05986 | 18 | 92. |
| 19 | • If the amount on line 17 was paid **on or after** 4/15/98, enter -0-.<br>• If the amount on line 17 was paid **before** 4/15/98, make the following computation to find the amount to enter on line 19.<br>   Amount on line 17   x   Number of days paid before 4/15/98   x   .00025 | 19 | 0. |
| 20 | **PENALTY.** Subtract line 19 from line 18. Enter the result here and on Form 1040, line 65; Form 1040A, line 34; Form 1040NR, line 65; Form 1040NR-EZ, line 26; or Form 1041, line 27 ▶ | 20 | 92. |

LHA    For Paperwork Reduction Act Notice, see page 1 of separate instructions.    Form **2210** (1997)

712501
12-10-97

Ex. 5 pg. 3

| SCHEDULES A&B (Form 1040) | | Schedule A - Itemized Deductions (Schedule B is on page 2) ▶ Attach to Form 1040.  ▶ See Instructions for Schedules A and B (Form 1040). | | | OMB No. 1545-0074 **1997** Attachment Sequence No. 07 |
|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | | | | |
| Name(s) shown on Form 1040 | | | | | Your social security number |
| PETER J. & JEANNE LOCKE | | | | | |

| **Medical and Dental Expenses** | | Caution: Do not include expenses reimbursed or paid by others. | | | |
|---|---|---|---|---|---|
| | 1 | Medical and dental expenses (see page A-1) SEE STATEMENT 4 | 1 | 6,386. | |
| | 2 | Enter amount from Form 1040, line 33 | 2 | 95,834. | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 7,188. | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | 0. |
| **Taxes You Paid** (See page A-2.) | 5 | State and local income taxes | 5 | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 1,676. | |
| | 7 | Personal property taxes | 7 | 227. | |
| | 8 | Other taxes. List type and amount ▶ _____ | 8 | | |
| | 9 | Add lines 5 through 8 | | 9 | 1,903. |
| **Interest You Paid** (See page A-2.) Note: Personal interest is not deductible. | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 40,826. | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ _____ | 11 | | |
| | 12 | Points not reported to you on Form 1098. See page A-3 | 12 | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | 13 | | |
| | 14 | Add lines 10 through 13 | | 14 | 40,826. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see page A-3. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-3 | 15 | 250. | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see page A-3. You **MUST** attach Form 8283 if over $500 | 16 | | |
| | 17 | Carryover from prior year | 17 | | |
| | 18 | Add lines 15 through 17 | | 18 | 250. |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-4.) | | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** (See page A-5 for expenses to deduct here.) | 20 | Unreimbursed employee expenses - job travel, union dues, job education, etc. You **MUST** attach Form 2106 or 2106-EZ if required. (See page A-4.) ▶ _____ | 20 | | |
| | 21 | Tax preparation fees | 21 | | |
| | 22 | Other expenses - investment, safe deposit box, etc. List type and amount ▶ _____ | 22 | | |
| | 23 | Add lines 20 through 22 | 23 | | |
| | 24 | Enter amount from Form 1040, line 33 | 24 | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | 26 | |
| **Other Miscellaneous Deductions** | 27 | Other - from list on page A-5. List type and amount ▶ _____ | | 27 | |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 33, over $121,200 (over $60,600 if married filing separately)? **NO.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 35, the **larger** of this amount or your standard deduction. **YES.** Your deduction may be limited. See page A-5 for the amount to enter. | | 28 | 42,979. |

LHA   For Paperwork Reduction Act Notice, see Form 1040 instructions.                                                       Schedule A (Form 1040) 1997
719501
11-14-97                                                       Ex. 5 pg. 4

Schedule E (Form 1040) 1997

Name(s) shown on return. Do not enter name and social security number if shown on Page 1.

PETER J. & JEANNE LOCKE

If you report amounts from farming or fishing on Schedule E, you must enter your gross income...
Real Estate professionals must complete line 42 below.

### Part II  Income or Loss From Partnerships and S Corporations
Note: If you report a loss from an at-risk activity, you MUST check either column (e) or (f) of line 27 to describe your investment in the activity. If you check column (f) you must attach Form 6198.

| 27 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | SYTEMATICS AGENCY INC | S | | 95-4552431 | X | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | | | | 92,555. |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |

| | | | |
|---|---|---|---|
| 28a Totals | | | 92,555. |
| b Totals | | | |
| 29 Add columns (h) and (k) of line 28a | | 29 | 92,555. |
| 30 Add columns (g), (i), and (j) of line 28b | | 30 | ( ) |
| 31 Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | | 31 | 92,555. |

### Part III  Income or Loss From Estates and Trusts

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |

| | | | |
|---|---|---|---|
| 33a Totals | | | |
| b Totals | | | |
| 34 Add columns (d) and (f) of line 33a | | 34 | |
| 35 Add columns (c) and (e) of line 33b | | 35 | ( ) |
| 36 Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below | | 36 | |

### Part IV  Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder

| 37 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 38 Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | 38 | |
|---|---|---|

### Part V  Summary

| 39 Net farm rental income or (loss) from Form 4835. Also, complete line 41 below | 39 | |
|---|---|---|
| 40 TOTAL income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 17 ▶ | 40 | 92,555. |
| 41 Reconciliation of Farming and Fishing Income. Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 14 (see page E-5) | 41 | |
| 42 Reconciliation for Real Estate Professionals. If you were a real estate professional, enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules | 42 | |

# 1997 Income from Passthroughs

SYTEMATICS AGENCY INC
I.D. NUMBER: 95-4552431
TYPE: S CORPORATION

ACTIVITY INFORMATION:

SYTEMATICS AGENCY INC

TRADE OR BUSINESS - MATERIAL PARTICIPATION

| | |
|---|---:|
| ORDINARY INCOME (LOSS) | 92,555 |
| SCHEDULE E ACTIVITY INCOME (LOSS) | 92,555 |

OTHER K-1 INFORMATION:

| | |
|---|---:|
| HEALTH INSURANCE PREMIUMS | 2,584 |

# Form 6251 — Alternative Minimum Tax - Individuals — 1997

Department of the Treasury
Internal Revenue Service

▶ Attach to Form 1040 or Form 1040NR.

OMB No. 1545-0227
Attachment Sequence No. 32

Name(s) shown on Form 1040: **PETER J. & JEANNE LOCKE**

Your social security number: [redacted]

## Part I — Adjustments and Preferences

| Line | Description | Amount |
|---|---|---|
| 1 | If you itemized deductions on Schedule A (Form 1040), go to line 2. Otherwise, enter your standard deduction from Form 1040, line 35, here and go to line 6 | |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4 **or** 2 1/2% of Form 1040, line 33 | |
| 3 | Taxes. Enter the amount from Schedule A (Form 1040), line 9 | 1,903. |
| 4 | Certain interest on a home mortgage not used to buy, build, or improve your home | |
| 5 | Miscellaneous itemized deductions. Enter the amount from Schedule A (Form 1040), line 26 | |
| 6 | Refund of taxes. Enter any tax refund from Form 1040, line 10 or line 21 | |
| 7 | Investment interest. Enter difference between regular tax and AMT deduction | |
| 8 | Post-1986 depreciation. Enter difference between regular tax and AMT depreciation | |
| 9 | Adjusted gain or loss. Enter difference between AMT and regular tax gain or loss | |
| 10 | Incentive stock options. Enter excess of AMT income over regular tax income | |
| 11 | Passive activities. Enter difference between AMT and regular tax income or loss | |
| 12 | Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (Form 1041), line 9 | |
| 13 | Tax-exempt interest from private activity bonds issued after 8/7/86 | |
| 14 | Other. Enter the amount, if any, for each item below and enter the total on line 14. a Charitable contributions   b Circulation expenditures   c Depletion   d Depreciation (pre-1987)   e Installment sales   f Intangible drilling costs   g Long-term contracts   h Loss limitations   i Mining costs   j Patron's adjustment   k Pollution control facilities   l Research and experimental   m Tax shelter farm activities   n Related adjustments | |
| 15 | **Total Adjustments and Preferences.** Combine lines 1 through 14 ▶ | 1,903. |

## Part II — Alternative Minimum Taxable Income

| Line | Description | Amount |
|---|---|---|
| 16 | Enter the amount from **Form 1040, line 36.** If less than zero, enter as a (loss) ▶ | 52,855. |
| 17 | Net operating loss deduction, if any, from Form 1040, line 21. Enter as a positive amount | |
| 18 | If Form 1040, line 33, is over $121,200 (over $60,600 if married filing separately), and you itemized deductions, enter the amount, if any, from line 9 of the worksheet for Schedule A (Form 1040), line 28 | |
| 19 | Combine lines 15 through 18 ▶ | 54,758. |
| 20 | Alternative tax net operating loss deduction | |
| 21 | **Alternative Minimum Taxable Income.** Subtract line 20 from line 19. (If married filing separately and line 21 is more than $165,000, see instructions.) ▶ | 54,758. |

## Part III — Exemption Amount and Alternative Minimum Tax

22  **Exemption Amount.** (If this form is for a child under age 14, see instructions.)

| If your filing status is: | And line 21 is not over: | THEN enter on line 22: |
|---|---|---|
| Single or head of household | $112,500 | $33,750 |
| Married filing jointly or qualifying widow(er) | 150,000 | 45,000 |
| Married filing separately | 75,000 | 22,500 |

If line 21 is **over** the amount shown above for your filing status, see instructions.

22: 45,000.

| Line | Description | Amount |
|---|---|---|
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- here and on lines 26 and 28 ▶ | 9,758. |
| 24 | If you completed Schedule D (Form 1040), and had an amount on line 25 or line 27 (as refigured for the AMT, if necessary), go to Part IV of Form 6251 to figure line 24. **All others:** If line 23 is $175,000 or less ($87,500 or less if married filing separately), multiply line 23 by 26% (.26). Otherwise, multiply line 23 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result ▶ | 2,537. |
| 25 | Alternative minimum tax foreign tax credit | |
| 26 | Tentative minimum tax. Subtract line 25 from line 24 ▶ | 2,537. |
| 27 | Enter your tax from Form 1040, line 39 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 43) | 7,965. |
| 28 | **Alternative Minimum Tax.** (If this form is for a child under age 14, see instructions.) Subtract line 27 from line 26. If zero or less, enter -0-. Enter here and on Form 1040, line 48 ▶ | 0. |

LHA   For Paperwork Reduction Act Notice, see separate instructions.

Form **6251** (1997)

719481
11-17-97

Ex. 5 pg. 7

## Part IV — Line 24 Computation Using Maximum Capital Gains Rates

| | | |
|---|---|---|
| 29 | Enter the amount from line 23 | 29 |
| 30 | Enter the amount from Schedule D (Form 1040), line 27 (as refigured for the AMT, if necessary) | 30 |
| 31 | Enter the amount from Schedule D (Form 1040), line 25 (as refigured for the AMT, if necessary) | 31 |
| 32 | Add lines 30 and 31 | 32 |
| 33 | Enter the amount from Schedule D (Form 1040), line 22 (as refigured for the AMT, if necessary) | 33 |
| 34 | Enter the **smaller** of line 32 or line 33 | 34 |
| 35 | Subtract line 34 from line 29. If zero or less, enter -0- | 35 |
| 36 | If line 35 is $175,000 or less ($87,500 or less if married filing separately), multiply line 35 by 26% (.26). Otherwise, multiply line 35 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result ▶ | 36 |
| 37 | Enter the amount from Schedule D (Form 1040), line 36 (as figured for the regular tax) | 37 |
| 38 | Enter the **smallest** of line 29, line 30, or line 37 | 38 |
| 39 | Multiply line 38 by 10% (.10) ▶ | 39 |
| 40 | Enter the **smaller** of line 29 or line 30 | 40 |
| 41 | Enter the amount from line 38 | 41 |
| 42 | Subtract line 41 from line 40. If zero or less, enter -0- | 42 |
| 43 | Multiply line 42 by 20% (.20) ▶ | 43 |
| 44 | Enter the amount from line 29 | 44 |
| 45 | Add lines 35, 38, and 42 | 45 |
| 46 | Subtract line 45 from line 44 | 46 |
| 47 | Multiply line 46 by 25% (.25) ▶ | 47 |
| 48 | Add lines 36, 39, 43, and 47 | 48 |
| 49 | If line 29 is $175,000 or less ($87,500 or less if married filing separately), multiply line 29 by 26% (.26). Otherwise, multiply line 29 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | 49 |
| 50 | Enter the **smaller** of line 48 or line 49 here and on line 24 ▶ | 50 |

719591
11-17-97

Ex. 5 pg. 8

```
FORM 1040                SOCIAL SECURITY BENEFITS WORKSHEET            STATEMENT   1
```

CHECK ONLY ONE BOX:
  A. SINGLE, HEAD OF HOUSEHOLD, OR QUALIFYING WIDOW(ER)
X B. MARRIED FILING JOINTLY
  C. MARRIED FILING SEPARATELY AND LIVED WITH YOUR SPOUSE
    AT ANY TIME DURING 1997
  D. MARRIED FILING SEPARATELY AND LIVED APART FROM YOUR SPOUSE
    FOR ALL OF 1997

1. ENTER THE TOTAL AMOUNT FROM BOX 5 OF ALL YOUR
   FORMS SSA-1099 AND RRB-1099 (IF APPLICABLE). . . . . . . . .        5,074.
2. ENTER ONE HALF OF LINE 1 . . . . . . . . . . . . . . . . . .        2,537.
3. ADD THE AMOUNTS ON YOUR 1997 FORM 1040, LINE 7, 8B, 9 THRU
   14, 15B, 16B, 17 THRU 19, 21 AND SCHEDULE B, LINE 2. DO NOT
   INCLUDE ANY AMOUNTS FROM BOX 5 OF FORMS SSA-1099 OR RRB-1099    92,555.
4. ENTER THE AMOUNT OF ANY EXCLUSIONS FROM FOREIGN EARNED
   INCOME, FOREIGN HOUSING, INCOME FROM U.S. POSSESSIONS,
   OR INCOME FROM PUERTO RICO BY BONA FIDE RESIDENTS OF
   PUERTO RICO THAT YOU CLAIMED . . . . . . . . . . . . . . . .
5. ADD LINES 2, 3, AND 4. . . . . . . . . . . . . . . . . . . .       95,092.
6. ENTER THE TOTAL ADJUSTMENT FROM FORM 1040, LINE 31 . . . .         1,034.
7. SUBTRACT LINE 6 FROM LINE 5 . . . . . . . . . . . . . . . .        94,058.
8. ENTER:   $25,000 IF YOU CHECKED BOX A OR D, OR
          $32,000 IF YOU CHECKED BOX B, OR . . . . . . . .             32,000.
          -0- IF YOU CHECKED BOX C
9. SUBTRACT LINE 8 FROM LINE 7. IF ZERO OR LESS, ENTER -0-. .        62,058.
   IS LINE 9 MORE THAN ZERO?
   NO. STOP HERE. NONE OF YOUR BENEFITS ARE TAXABLE. DO NOT
   ENTER ANY AMOUNTS ON LINES 20A OR 20B. BUT IF YOU ARE MARRIED
   FILING SEPARATELY AND YOU LIVED APART FROM YOUR SPOUSE FOR
   ALL OF 1997, ENTER -0- ON LINE 20B. BE SURE YOU ENTERED 'D'
   TO THE LEFT OF LINE 20A.
   YES. GO TO LINE 10.
10. ENTER $9,000 ($12,000 IF MARRIED FILING JOINTLY; $0 IF MARRIED
    FILING SEPARATELY AND YOU LIVED WITH YOUR SPOUSE AT ANY TIME
    IN 1997) . . . . . . . . . . . . . . . . . . . . . . . . . .      12,000.
11. SUBTRACT LINE 10 FROM LINE 9. IF ZERO OR LESS, ENTER -0- .       50,058.
12. ENTER THE SMALLER OF LINE 9 OR LINE 10 . . . . . . . . . .       12,000.
13. ENTER ONE HALF OF LINE 12. . . . . . . . . . . . . . . . .         6,000.
14. ENTER THE SMALLER OF LINE 2 OR LINE 13 . . . . . . . . . .         2,537.
15. MULTIPLY LINE 11 BY 85% (.85). IF LINE 11 IS ZERO, ENTER -0-     42,549.
16. ADD LINES 14 AND 15. . . . . . . . . . . . . . . . . . . .       45,086.
17. MULTIPLY LINE 1 BY 85% (.85) . . . . . . . . . . . . . . .        4,313.
                                                                                                                       _____
18. TAXABLE BENEFITS. ENTER THE SMALLER OF LINE 16 OR LINE 17         4,313.
    * ENTER ON FORM 1040, LINE 20A, THE AMOUNT FROM LINE 1.         =======
    * ENTER ON FORM 1040, LINE 20B, THE AMOUNT FROM LINE 18.

| FORM 1040 | | LATE PAYMENT INTEREST | | | | STATEMENT 2 |
|---|---|---|---|---|---|---|
| DESCRIPTION | DATE | AMOUNT | BALANCE | RATE | DAYS | INTEREST |
| TAX DUE | 04/15/98 | 7,965. | 7,965. | .0800 | 183 | 326. |
| DATE FILED | 10/15/98 | | 8,291. | | | |
| TOTAL LATE PAYMENT INTEREST | | | | | | 326. |

| FORM 1040 | | LATE PAYMENT PENALTY | | | STATEMENT 3 |
|---|---|---|---|---|---|
| DESCRIPTION | DATE | AMOUNT | BALANCE | MONTHS | PENALTY |
| TAX DUE | 04/15/98 | 7,965. | 7,965. | 6 | 239. |
| DATE FILED | 10/15/98 | | | | |
| TOTAL LATE PAYMENT PENALTY | | | | | 239. |

| SCHEDULE A | MEDICAL AND DENTAL EXPENSES | STATEMENT 4 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| DOCTORS, DENTISTS, ETC. | | 4,836. |
| SELF-EMPLOYED HEALTH INSURANCE | | 1,550. |
| TOTAL TO SCHEDULE A, LINE 1 | | 6,386. |

| Form **2688** | **Application for Additional Extension of Time To File** | OMB No. 1545-0066 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | U.S. Individual Income Tax Return ▶See instructions on back. ▶You MUST complete all items that apply to you. | **1997** |

| Please type or print. File by the due date for filing your return. | Your first name and initial  PETER J | Last name  LOCKE | [SSN redacted] |
|---|---|---|---|
| | If a joint return, spouse's first name and initial  JEANNE | Last name | |
| Home address | | | City, town or post office, state, and ZIP code |

`c/o BAY SHERMAN & GOLDSTEIN, LLP, 11845 W OLYMPIC BL STE 845, LOS ANGELES CA 90064`

Please fill in the Return Label at the bottom of this page.

1. I request an extension of time until OCTOBER 15, 19 98 to file Form 1040EZ, Form 1040A, Form 1040, Form 1040NR-EZ, or Form 1040NR for the calendar year 1997, or other tax year ending _____, 19__.

2. Explain why you need an extension. You must give an adequate explanation ▶ THE INFORMATION NECESSARY TO FILE AN ACCURATE RETURN IS NOT YET AVAILABLE TO THE TAXPAYER.

3. Have you filed Form 4868 to request an automatic extension of time to file for this tax year? **X** Yes ☐ No
   If you checked "No," we will grant your extension only for undue hardship. Fully explain the hardship in item 2. Attach any information you have that helps explain the hardship.

If you expect to have to file a gift or generation-skipping transfer (GST) tax return, complete line 4.

4. If you or your spouse plan to file a gift or GST tax return (Form 709 or 709-A) for 1997, generally due by April 15, 1998, see the instructions and check here ........ Yourself ▶ ☐ Spouse ▶ ☐

**Signature and Verification**

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to


Taxpayer  PETER & JEANNE LOCKE

Year  1997


### STATEMENT WITH REGARD TO EXTENSION


Taxpayer has timely filed a request for extension until 10/15/98 within which to file the tax return. To date we have not received any response from you indicating the disposition of this request. A copy of the originally filed extension is attached.


| Completed by the IRS | ☐ We cannot consider your application because it was filed after the due date of your return. ☐ Other _____ |
|---|---|

Director _____  Date _____

**Return Label** (Please type or print) (Agents: Always include taxpayer's name.)

| Taxpayer's name(s) (and agent's name, if applicable). If a joint return, also give spouse's name.  P. LOCKE, c/o BAY SHERMAN CRAIG & GOLDSTEIN, LLP | Taxpayer's social security number [redacted] |
|---|---|
| Number and street (include suite, room, or apt. no.) or P.O. box number  11845 WEST OLYMPIC BLVD., SUITE 845 | Spouse's social security number [redacted] |
| City, town or post office, state, and ZIP code  LOS ANGELES  CA  90064-5022 | |

JSA  7A4600 5.000    For Paperwork Reduction Act Notice, see back of form.    Form **2688** (1997)