# Request for a Collection Due Process Hearing

Use this form to request a hearing with the IRS Office of Appeals only when you receive a **Notice of Federal Tax Lien Filing & Your Right To A Hearing Under IRC 6320**, a **Final Notice - Notice Of Intent to Levy & Your Notice Of a Right To A Hearing**, or a **Notice of Jeopardy Levy and Right of Appeal**. Complete this form and send it to the address shown on your lien or levy notice for expeditious handling. Include a copy of your lien or levy notice(s) to ensure proper handling of your request.

*(Print)* Taxpayer Name(s):  Peter J. and Jeanne Locke

*(Print)* Address:  c/o Jeff Moffatt, Esq. 43625 N. Sierra Hwy, STE. A, Lancaster, CA 93534

Daytime Telephone Number: 661 9404916 _____ Type of Tax/Tax Form Number(s):1040

Taxable Period(s):  1990,1991, 1992, 1993, 1997

Social Security Number/Employer Identification Number ███████████

Check the IRS action(s) that you do not agree with. Provide specific reasons why you don't agree. If you believe that your spouse or former spouse should be responsible for all or a portion of the tax liability from your tax return, check here [ __ ] and attach Form 8857, Request for Innocent Spouse Relief, to this request.

____ **Filed Notice of Federal Tax Lien (Explain why you don't agree. Use extra sheets if necessary.)**

X
____ **Notice of Levy/Seizure (Explain why you don't agree. Use extra sheets if necessary.)**

see attached

INTERNAL REVENUE SERVICE
182        RECEIVED

AUG 3 1 2004

BATCHING UNIT
COVINGTON, KY

CINCINNATI COMPLIANCE CENTER
RECEIVED

SEP 0 7 2004

CDP/ACS

I/we understand that the statutory period of limitations for collection is suspended during the Collection Due Process Hearing and any subsequent judicial review.

Taxpayer's or Authorized Representative's Signature and Date: _____ 8/24/04

Taxpayer's or Authorized Representative's Signature and Date: _____

**EXHIBIT**

6

Form **12153** (01-1999)     Catalog Number 26685D

(Over)

Department of the Treasury – Internal Revenue Service

# Jeffrey D. Moffatt, Tax Attorney

8-24-04

COLLECTION DUE PROCESS HEARING REQUEST

TAX PAYER: Peter J and Jeanne Locke
TAX PAYER SSNS: ███████ AND ███████

A. NAME AND ADDRESS OF TAXPAYER
   Peter J and Jeanne Locke
      C/o Jeffrey D. Moffatt, Esq.
      43625 N. Sierra Hwy, Suite A.
      Lancaster, CA 93534

B. DATE AND SYMBOLD OF YOUR LETTER
   Date July 26, 2004
   Notice CP90
   Sent from Cincinnati, OH office

C. TAX PREIOD INVOLVED

| Tax Return | Tax Period Ending | Deficiency | Interest | Total Amt |
|---|---|---|---|---|
| 1040 | 1990 | | | 5,183.46 |
| 1040 | 1991 | | | 12025.53 |
| 1040 | 1992 | | | 8682.77 |
| 1040 | 1993 | | | 66,384.11 |
| 1040 | 1997 | | | 5,177.48 |

D. REQUEST FOR DUE PROCESS HEARING
A conference is requested to discuss the proposed Due Process Hearing with a member of the Appellate State Conference Staff

E. FINDINGS TO WHICH THE TAXPAYER TAKES EXCEPTION

1. The appropriateness of collection actions. The logic behind this is that Jeanne Locke has Dementia for some time and therefore is unable to willingly violate any IRS rules and regulations. Peter J. Locke is collecting social security which has been levied. This makes taking care of his wife even more difficult than it would be with a full social security check.

2. The possibility of alternative collection actions exists. A penalty abatement was submitted 8/5/04 which if granted will drop the balance considerably. An Offer In Compromise was submitted and signed for, via Certified Return Receipt on July 6, 2004.

625 N. Sierra Hwy, Ste A.
ıncaster, CA 93534

Ex. 6 pg. 2

Phone: 661-945-6121
Fax: 661-952-9722
E-mail: jeffreymbajd@hotmail.com

3.  A spousal defense exists in total, under spousal immunity given the Dementia which has existed during the tax years in question became arguably delinquent.

4.  Given the spousal defense, and lack of capacity of Jeanne, and arguably Peter Locke, the statutory notice of deficiency may not have been served on an individual which has capacity.

5.  The amount of the assessed Tax Liability.


**F.  STATEMENT OF FACTS AND ARGUMENT**

The taxpayers have the right to a Due Process Hearing under Dorn v. Commissioner, 119 T.C. No. 356 (2003).

Included in this document is a copy of the Levy notice.

The Tax Payers also understand that despite the fact that only the Final Notice for intent to levy has been submitted, and not a Statutory Notice for Deficiency. Despite this Notice of Deficiency, in Montgomery v. Commissioner, 122 T.C. No 1. (2004) the Tax Court allowed jurisdiction to challenge tax reported on tax returns.

Although we hope that Tax Court, or another forum more beneficial to my clients such as the U.S. Court of Federal Claims, is not necessary I wanted to bring your office up to date as to the current state of review of issues which could have been satisfied in a Collection Due Process Hearing.


Respectfully submitted,

Jeff Moffatt, Esq. Tax Court Bar MJ2204


PREPARER'S STATEMENT

I certify that I have prepared the foregoing request of Due Process Hearing, and to the best of my knowledge and belief, the facts contained therein are true and correct.

Jeff Moffatt

 **IRS** Department of the Treasury
Internal Revenue Service
CINCINNATI, OH 45999-0029



Notice Number: CP90
Notice Date: JULY 26, 2004
Social Security

ssistance:
-3903

7112 7667 8553 1845 1553

PETER J LOCKE
1448 15TH ST STE 202
SANTA MONICA CA 90404-2756526

INTERNAL REVENUE SERVICE
144      RECEIVED

AUG 3 1 2004

BATCHING UNIT
COVINGTON, KY

## Final Notice
### Notice Of Intent To Levy And Notice Of Your Right To A Hearing
*Please Respond Immediately*

We previously asked you to pay the federal tax shown on the next page, but we haven't received your payment. This letter is your notice of our intent to levy under Internal Revenue Code (IRC) Section 6331 and your right to appeal under IRC Section 6330.

We may also file a Notice of Federal Tax Lien at any time to protect the government's interest. A lien is a public notice to your creditors that the government has a right to your current assets, including any assets you acquire after we file the lien.

If you don't pay the amount you owe, make alternative arrangements to pay, or request an appeals hearing within 30 days from the date of this letter, we may take your property, or rights to property. Property includes real estate, automobiles, business assets, bank accounts, wages, commissions, social security benefits, and other income. We've enclosed Publication 594, which has more information about our collection process; Publication 1660, which explains your appeal rights; and Form 12153, which you can use to request a Collection Due Process hearing with our Appeals Office.

**To prevent collection action, please send your full payment today.**

- Make your check or money order payable to United States Treasury.
- Write your Social Security Number on your payment.
- Send your payment and the attached payment stub to us in the enclosed envelope. The amount you owe is shown on the next page.

If you have recently paid this tax or you can't pay it, call us immediately at the above telephone number and let us know.

The assessed balance may include tax, penalties, and interest you still owe. It also includes any credits and payments we've received since we sent our last notice to you. Penalty and interest charges continue to accrue until you pay the total amount in full. We detail these charges, known as Statutory Additions, on the following pages.

Enclosures:
Copy of this notice
Pub 594, IRS Collection Process
Pub 1660, Collection Appeal Rights
Form 12153, Request for a Collection Due Process Hearing
Envelope

**Form 2848**
(Rev. March 2004)
Department of the Treasury
Internal Revenue Service

# Power of Attorney
## and Declaration of Representative

▶ Type or print. ▶ See the separate ~~instructions~~

OMB No. 1645-0150

**For IRS Use Only**

Received by:

Name _____
Telephone _____
Function _____
Date ___ / ___ / ___

## Part I | Power of Attorney

*Caution: Form 2848 will not be honored for any purpose other than ~~representation before~~ the IRS.*

**1 Taxpayer Information.** Taxpayer(s) must sign and date this form on p~~age 2, Part II.~~

Taxpayer name(s) and address

Peter J. Locke
Jeanne Locke
1448 15th Street Apt 202
Santa Monica, CA 90404-2756

Social security number(s) ████████

Employer identification number

Plan number (if applicable)

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s) must sign and date this form on page 2, Part II.**

Name and address

Jeffrey D. Moffatt, Tax Attorney
43625 N. Sierra Hwy, Suite A
Lancaster, CA 93534

CAF No. ........... 03-0020978R
Telephone No. ...... 661-945-6121
Fax No. ........... 661-945-4916
Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

Name and address

CAF No. ...........
Telephone No. ......
Fax No. ...........
Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

Name and address

CAF No. ...........
Telephone No. ......
Fax No. ...........
Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| Internal Revenue | 1040 | 1990, 1991, 1992, 1993 & 1997 |
| Civil Penalty | 1040 | 1990, 1991, 1992, 1993 & 1997 |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific uses not recorded on CAF. . . . . . . . . . ▶ ☐

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.
**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See Unenrolled Return Preparer on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ...........
..................................................................................
..................................................................................
..................................................................................

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH,** refund checks, initial here _____ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

For Privacy Act and Paperwork Reduction Notice, see page 4 of the Instructions.    Cat. No. 11980J    Form **2848** (Rev. 3-2004)

Ex. 6 pg. 5

Form 2848 (Rev. 3-2004)                                                                                     Page **2**

**7** **Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.

  **a** If you also want the second representative listed to receive a copy of notices and communications, check this box . . ▶ ☐

  **b** If you do not want any notices or communications sent to your representative(s), check this box . . . . . . . ▶ ☐

**8** **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here. . . . . . . . . . . . ▶ ☐

  **YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**9** **Signature of taxpayer(s).** If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

  ▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

| _Peter J. Locke_ | | 6/24/04 | |
| --- | --- | --- | --- |
| Signature | | Date | Title (if applicable) |
| Peter J. Locke | ☐☐☐☐☐ | | |
| Print Name | PIN Number | Print name of taxpayer from line 1 if other than individual |
| _Jeanne Locke_ | | 6/24/04 | |
| Signature | | Date | Title (if applicable) |
| Jeanne Locke | ☐☐☐☐☐ | | |
| Print Name | PIN Number | |

**Part II** **Declaration of Representative**

*Caution: Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the instructions for Part II.*

Under penalties of perjury, I declare that:

  • I am not currently under suspension or disbarment from practice before the Internal Revenue Service;

  • I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;

  • I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and

  • I am one of the following:

  **a** Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

  **b** Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.

  **c** Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.

  **d** Officer—a bona fide officer of the taxpayer's organization.

  **e** Full-Time Employee—a full-time employee of the taxpayer.

  **f** Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).

  **g** Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d) of Treasury Department Circular No. 230).

  **h** Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Treasury Department Circular No. 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See **Unenrolled Return Preparer** on page 2 of the instructions.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.** See the Part II instructions.

| Designation—Insert above letter (a–h) | Jurisdiction (state) or identification | Signature | Date |
| --- | --- | --- | --- |
| A | AZ/Tax Court | _[signature]_ | 7/1/04 |
| | | | |
| | | | |

Form **2848** (Rev. 3-2004)

**Where to File Your Request**

It is important that you file your request using the address shown on your lien or levy notice. If you have been working with a specific IRS employee on your case, you should file the request with that employee.

**How to Complete Form 12153**

1. Enter your full name and address. If the tax liability is owed jointly by a husband and wife, and both wish to request a Collection Due Process Hearing, show both names.

2. Enter a daytime telephone number where we can contact you regarding your request for a hearing.

3. List the type(s) of tax or the number of the tax form(s) for which you are requesting a hearing (e.g. Form 1040, Form 941, Trust Fund Recovery Penalty, etc.).

4. List the taxable periods for the type(s) of tax or the tax form(s) that you listed for item 3 above (e.g., year ending 12-31-98, quarter ending 3-31-98).

5. Show the social security number of the individual(s) and/or the employer identification number of the business(s) that are requesting a hearing.

6. Check the IRS action(s) that you do not agree with (Filed Notice of Federal Tax Lien and/or Notice of Levy/Seizure). You may check both actions if applicable.

7. Provide the specific reason(s) why you do not agree with the filing of the Notice of Federal Tax Lien or the proposed Notice of Levy/Seizure action. One specific issue that you may raise at the hearing is whether income taxes should be abated because you believe that your spouse or former spouse should be responsible for all or a portion of the tax liability from your tax return. You must, however, elect such relief. You can do this by checking the indicated box and attaching Form 8857 to this request for a hearing. If you previously filed Form 8857, please indicate when and with whom you filed the Form.

8. You, or your authorized representative, must sign the Form 12153. If the tax liability is joint and both spouses are requesting a hearing, both spouses, or their authorized representative(s), must sign.

9. It is important that you understand that we are required by statute to suspend the statutory period for collection during a Collection Due Process Hearing.





U.S. POSTAGE
PAID
LANCASTER.CA
93534
AUG 25. '04
AMOUNT
$4.88
00056189-14

Ex. 6 pg. 8