Department of the Treasury  
Internal Revenue Service  
P.O. Box 145566 Stop 814G  
Cincinnati, OH 45250-5566

Letter Date: May 24, 2006  
Person to Contact: Joanne DiDonato  
Employee Identification #: 0266934239  
Contact Telephone #: (859) 669-2993  
This is not a toll-free number

Jeffrey D. Moffatt, Esq.  
43625 N. Sierra hwy, Ste. A  
Lancaster, CA 93534

RE:   SSN ███████  
        FORM: 1040/ 199412

Dear Taxpayer(s):

This letter is in response to your Form 12153, Request for a Collection Due Process Hearing, dated, April 30, 2006.

You are not entitled to a Collection Due Process Hearing for 1994 tax year. Our records show an equivalent Collection Due Process Hearing was received by Internal Revenue Service on September 10, 2004 and closed on November 07, 2005. Taxpayers are not entitled to another equivalent Collection Due Process Hearing.

As per our phone conversation on May 24, 2006, please contact Revenue Officer Walton at (310) 535 – 7469, she is assigned to this taxpayer's account.

If you have any questions, you may call the number listed at the top of this letter. You may call between the hours of 4:30 p.m. and 12:00 a.m. ET, Monday through Friday. If the number is outside your local calling area, there will be a long-distance charge to you.

Sincerely,

*J. DiDonato*

Joanne DiDonato  
Tax Technician, Team 209  
Collection Branch

Enclosures:  
Copy of this letter

cc: P & J Locke

Ex. 8 pg. 1

**EXHIBIT 8**