**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Peter J. and Jeanne Locke | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-629T |
| v. | ) | (Judge MILLER) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN**
**ENLARGEMENT OF TIME FOR RESPONDING TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, the Plaintiff respectfully requests that the Court enlarge the deadline for responding to the motion to dismiss in this case by sixty days, so that Plaintiff's response will be due Thursday, April 5, 2007. The current due date is Friday, February 5, 2007. This is Plaintiff's first request for an enlargement, and Defendant's counsel has stated that plaintiff does not oppose the enlargement.

The Plaintiff requests this extension for the following reason:

Plaintiff's counsel has several cases in litigation with this court. The responses in two tax cases fall on the initial February 5th date.

Secondly Given that Plaintiff granted Defendant, the United States multiple extensions in the various cases it seems equally reasonable for Plaintiff to have a similarly granted extension so that Plaintiff's Counsel can adequately respond to Defendant's challenges.

Granting this enlargement will prejudice neither party. Accordingly, Plaintiff and unopposed by Defendant, respectfully request that the Court enlarge the time for responding to the complaint by sixty days- to April 5, 2007.

Respectfully submitted,

1/9/06

s/Jeffrey D. Moffatt
Attorney for Plaintiffs
Law Office of Jeffrey D. Moffatt
43625 N Sierra Hwy, Suite A.
Lancaster, CA 93534
Tel: 661 9456121
Fax: 661 9453019
Jeffreymbajd@hotmail.com

CERTIFICATE OF FILING

I hereby certify that on January 12, 2007, a copy of the foregoing " Plaintiff's Unopposed Motion For An Enlargement of Time For Responding to Defendant's Motion To Dismiss" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.