# HARBOR/UCLA DIAGNOSTIC IMAGING CENTER

HARBOR/UCLA PROFESSIONAL OFFICE BUILDING
21840 SOUTH NORMANDIE AVENUE
TORRANCE, CALIFORNIA 90502
APPT. (213) 212-5939 • NUCLEAR MEDICINE DEPT. (213) 783-5173

## BRAIN SPECT REPORT

| PATIENT NAME | | | EXAM DATE |
|---|---|---|---|
| Locke, Jeanne | | | April 16, 1993 |
| DATE OF BIRTH | AGE | SEX | NO. |
| 12/29/28 | 64 | F | 2124 |

REFERRING PHYSICIAN

Douglas W. Scharre, M.D.
UCLA Department of Neurology
710 Westwood Plaza, Room 1-230
Los Angeles, CA 90024-1769

Dear Dr. Scharre:

EXAM

This concerns your patient of the above name referred for evaluation of cerebral perfusion. On 2/19/93 regional cerebral blood flow by means of Xe-133 was determined with the Shimadzu Brain Dedicated Unit. After inhalation of 30 mCi of Xe-133, cerebral blood flow was found to fluctuate between 40 ml/min/100g in both orbitofrontal lobes and left dorsal frontal lobe. There is hypoperfusion also in both temporal lobes and both posterior parietal lobes. The maximum is 79 ml/min/100g in the right anterior parietal lobe, and the remainder of the gray matter blood flow fluctuates between 41 and 66 ml/min/100g.

This is a continuation of a study performed on 2/19/93 when HMPAO study could not be performed because of lack of cooperation of the patient.

The brain SPECT study by means of HMPAO (Ceretec, Amersham) for assessment of regional cerebral perfusion was performed on 4/16/93. 60 min. after IV injection of 30 mCi of Tc-99m HMPAO 64, 6 degree angle images of the brain are acquired and a 3-dimensional image is reconstructed by back projection with adequate filtering. Coronal and sagittal frames are displayed, demonstrating extensive bilateral temporal hypoperfusion, bilateral orbitofrontal hypoperfusion, and bilateral posterior parietal hypoperfusion.

In conclusion, findings suggest: 1) Moderate diminution of cerebral blood flow. 2) Bilateral temporal hypoperfusion, bilateral focal parietal hypoperfusion, and bilateral anterior temporal hypoperfusion. 3) Findings suggestive of Alzheimer's disease in early stages.

I thank you for referring Mrs. Locke to our laboratory.

Sincerely yours,

Ismael Mena, M.D.
Director, Division of Nuclear Medicine
Professor of Radiological Sciences

IM:lb

DAVID KUDROW, M.D
NEUROLOGY
2001 SANTA MONICA BLVD. #880W
SANTA MONICA, CA 90404
TEL: (310) 315-1456
FAX: (310) 315-1486

Re: Peter Locke
7/22/03

To Whom It May Concern:

Mr. Locke is the primary caregiver for his wife who suffers from dementia. It would be a significant strain on her care if he was not present throughout the day and evening.

Sincerely,

David Kudrow

David Kudrow, M.D.
Diplomate in Neurology,
American Board of Psychiatry and Neurology