**SYSTEMATICS AGENCY, INCORPORATED**
**DATA PROCESSING SEARCH CONSULTANTS**
1448 15th STREET. SUITE 202. SANTA MONICA. CA 90404
310/395-4991

3/9/04

My wife jeanne has been diagnosed as having Alzheimer's disease by Dr. Bronstein of the UCLA Medical Clinic 1999. He notified the DMV and her license was suspended. He may be reached at 310 852 8908 or 8528908.Feffrey Cummings is chief of Alzheimer's Research.

She is currently under the care of Dr's. David Kudrow and Mark Giombeti (see attached letter), and part of an on-going Study to determine the efficacy of Galantamine for dementia.

She can watch the same movie twice in one day and not remember it.

Sincerely Peter J. Locke

EXHIBIT 2P