IRS
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 656 (Rev. 7-2004)
Catalog Number 16728N

Form 656

# Offer in Compromise

**IRS RECEIVED DATE**

**Item 1 — Taxpayer's Name and Home or Business Street Address**

Peter J. Locke
Name
Jeanne Locke
Name
1448 15th St. Apt 202
Street Address
Santa Monica | CA | 90404-2756
City | State | ZIP Code

**Mailing Address** *(if different from above)*

C/O Jeff Moffatt, Esq. 43625 N Sierra Hwy, Suite A
Street Address
Lancaster | CA | 93534
City | State | ZIP Code

**Attach Application Fee *(check or money order)* here.**

**DATE RETURNED**

**Item 2 — Social Security Numbers**

(a) Primary 556-68 7530

(b) Secondary 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

**Item 3 — Employer Identification Number** *(included in offer)*

95-4552431

**Item 4 — Other Employer Identification Numbers** *(not included in offer)*

N.A.

**Item 5 — To: Commissioner of Internal Revenue Service**

I/We (includes all types of taxpayers) submit this offer to compromise the tax liabilities plus any interest, penalties, additions to tax, and additional amounts required by law (tax liability) for the tax type and period marked below: (Please mark an "X" in the box for the correct description and fill-in the correct tax period(s), adding additional periods if needed).

☒ **1040/1120 Income Tax** — Year(s) 1990-2004

☐ **941 Employer's Quarterly Federal Tax Return** — Quarterly period(s) NONE

☐ **940 Employer's Annual Federal Unemployment (FUTA) Tax Return** — Year(s) N.A.

☐ **Trust Fund Recovery Penalty** as a responsible person of (enter corporation name) N.A.

for failure to pay withholding and Federal Insurance Contributions Act Taxes (Social Security taxes), for period(s) ending 0

☐ **Other Federal Tax(es)** [specify type(s) and period(s)] ________

***Note:** If you need more space, use another sheet entitled "Attachment to Form 656 Dated ________." Sign and date the attachment following the listing of the tax periods.*

**Item 6 — I/We submit this offer for the reason(s) checked below:**

☐ **Doubt as to Liability** — *"I do not believe I owe this tax."* You must include a detailed explanation of the reason(s) why you believe you do not owe the tax in Item 9.

☒ **Doubt as to Collectibility** — *"I have insufficient assets and income to pay the full amount."* You must include a complete Collection Information Statement, Form 433-A and/or Form 433-B.

☐ **Effective Tax Administration** — "I owe this amount and have sufficient assets to pay the full amount, but due to my exceptional circumstances, requiring full payment would cause an economic hardship or would be unfair and inequitable." You must include a complete Collection Information Statement, Form 433-A and/or Form 433B and complete Item 9.

***Item 7***

I/We offer to pay $ 2,850.00 ________ **(must be more than zero).** Complete item 10 to explain where you will obtain the funds to make this offer.

Check *only* one of the following:

☒ **Cash Offer (Offered amount will be paid in 90 days or less.)**

*Balance to be paid in:* ☐ 10, ☐ 30, ☐ 60, or ☐ 90 days from written notice of acceptance of the offer.

☐ **Short-Term Deferred Payment Offer (Offered amount paid in MORE than 90 days but within 24 months from written notice of acceptance of the offer.)**

$________ within________ days (not more than 90 — **See Instructions Section, Determine Your Payment Terms)** from written notice of acceptance of the offer; and/or

beginning in the ________ month after written notice of acceptance of the offer $________ on the ________ day of each month for a total of ________ months. (Cannot extend more than 24 months from written notice of acceptance of the offer.)

☐ **Deferred Payment Offer (Offered amount will be paid over the remaining life of the collection statute.)**

$________ within________ days (not more than 90 — See Instructions Section, **Determine Your Payment Terms)** from written notice of acceptance of the offer; and

beginning in the first month after written notice of acceptance of the offer $________ on the ________ day of each month for a total of ________ months.

09/27/2005 12:15 6619453019 MOFFATT LAW OFFICE PAGE 06/10

**Item 8 — By submitting this offer, I/we have read, understand and agree to the following conditions:**

(a) I/We voluntarily submit all payments made on this offer.

(b) The IRS will apply payments made under the terms of this offer in the best interest of the government.

(c) If the IRS rejects or returns the offer or I/we withdraw the offer, the IRS will return any amount paid with the offer. However, I/we understand the application fee will be kept by the IRS. If I/we agree in writing, IRS will apply the amount paid with the offer to the amount owed. If I/we agree to apply the payment, the date the IRS received the offer remittance will be considered the date of payment. I/We understand that the IRS will not pay interest on any amount I/we submit with the offer.

(d) **I/We will comply with all provisions of the Internal Revenue Code relating to filing my/our returns and paying my/our required taxes for 5 years or until the offered amount is paid in full, whichever is longer. In the case of a jointly submitted offer to compromise joint tax liabilities, I/we understand that default with respect to the compliance provisions described in this paragraph by one party to this agreement will not result in the default of the entire agreement. The default provisions described in Item 8(n) of this agreement will be applied only to the party failing to comply with the requirements of this paragraph. This provision does not apply to offers based on Doubt as to Liability.**

(e) I/We waive and agree to the suspension of any statutory periods of limitation (time limits provided for by law) for the IRS assessment or collection of the tax liability for the periods identified in Item 5. I/We understand that I/we have the right not to waive these statutory periods or to limit the waiver to a certain length or to certain issues. I/We understand, however, that the IRS may not consider this offer if I/we refuse to waive the statutory periods for assessment or if we provide only a limited waiver. I/We understand that the statute of limitations for collection will be suspended during the period an offer is considered pending by the IRS *(paragraph 8(m) defines pending)*. The amount of any Federal tax due for the periods described in Item 5 may be assessed at any time prior to the acceptance of this offer or within one year of the rejection of this offer.

(f) The IRS will keep all payments and credits made, received or applied to the total original tax liability before submission of this offer. The IRS may keep any proceeds from a levy served prior to submission of the offer, but not received at the time the offer is submitted. If I/we have an installment agreement prior to submitting the offer, I/we must continue to make the payments as agreed while this offer is pending. Installment agreement payments will not be applied against the amount offered.

(g) **As additional consideration beyond the amount of my/our offer, the IRS will keep any refund, including interest, due to me/us because of overpayment of any tax or other liability, for tax periods extending through the calendar year that the IRS accepts the offer. I/We may not designate an overpayment ordinarily subject to refund, to which the IRS is entitled, to be applied to estimated tax payments for the following year. This condition does not apply if the offer is based on Doubt as to Liability.**

(h) I/We will return to the IRS any refund identified in (g) received after submission of this offer. This condition does not apply to offers based on Doubt as to Liability.

(i) The IRS cannot collect more than the full amount of the tax liability under this offer.

**Item 9 — Explanation of Circumstances**

I am requesting an offer in compromise for the reason(s) listed below:

**Note:** *If you are requesting compromise based on doubt as to liability, explain why you don't believe you owe the tax. If you believe you have special circumstances affecting your ability to fully pay the amount due, explain your situation. You may attach additional sheets if necessary. Please include your name and SSN or EIN on all additional sheets or supporting documentation.*

MY BUSINESS HAS BEEN VERY POOR, IMPACTED BY
See Attached THE ONGOING RECESSION AND MY SUBSEQUENT
INABILITY TO MAKE ANY EXPENDITURES. BECAUSE OF MY
WIFE'S ALZHEIMERS, I MUST DO ALL OF THE HOUSEWORK AND
CHAUFFEUR HER TO THE DOCTORS OR ANYWHERE ELSE SHE WISHES
TO GO.

**Item 10 — Source of Funds**

I/We shall obtain the funds to make this offer from the following source(s):

Income from salary INCOME FROM COMMISSIONS

**Item 11 — Mandatory Signature(s)**

If I/We submit this offer on a substitute form, I/we affirm that this form is a verbatim duplicate of the official Form 656, and I/we agree to be bound by all the terms and conditions set forth in the official Form 656.

Under penalties of perjury, I declare that I have examined this offer, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct and complete.

[signature]
11(a) Signature of Taxpayer

9/21/5
Date

[signature]
11(b) Signature of Taxpayer

9/21/5
Date

**For Official Use Only**

I accept the waiver of the statutory period of limitations on assessment for the Internal Revenue Service, as described in Item 8(e).

Signature of Authorized Internal Revenue Service Official

Title

Date

**Item 12 — If this application was prepared by someone other than the tapayer, please fill in that person's name and address below.**

Name

Address (if known)

| | | | | |
|---|---|---|---|---|
| **Item 13** **Paid Preparer's Use Only** | Preparer's signature ▶ [signature] | Date 9-16-05 | Check if self-employed ☐ | Preparer's CAF no. or PTIN 030020978R |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | Law Office of Jeff Moffatt 43626 N. Sierra Hwy Suite A Lancaster CA 93534 | EIN | |
| | | | Phone no. (661) 9456121 | |

**Item 14** **Third Party Designee**

Do you want to allow another person to discuss this offer with the IRS? ☑ Yes. Complete the following. ☐ No

Designee's name ▶ Jeff Moffatt, Esq. Phone no. ▶ (661) 9456121

**SYSTEMATICS AGENCY, INC.**
**PETER J. LOCKE**
1448 - 15TH ST., STE. 202 310-395-4991
SANTA MONICA, CA 90404

3347

16-49 37
1220

DATE 9/27/5

PAY TO THE ORDER OF IRS $ 150.

ONE HUNDRED FIFTY DOLLARS

Security Features Included. Details on Back.

UNION BANK OF CALIFORNIA
BRENTWOOD #37
11661 SAN VICENTE BLVD., LOS ANGELES, CA 90049
800 238 4486

FOR

Peter J. Locke

MP

⑈003347⑈ ⑆122000496⑆ 0370031029⑈

© DELUXE ABF

**IRS**

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 433-A (Rev. 5-2001)
Catalog Number 20312N

# Collection Information Statement for Wage Earners and Self-Employed Individuals

Complete all entry spaces with the most current data available.

***Important!*** Write "N/A" (not applicable) in spaces that do not apply. We may require additional information to support "N/A" entries.

Failure to complete all entry spaces may result in rejection or significant delay in the resolution of your account.

## Section 1 Personal Information

1. Full Name(s) PETER JOHN LOCKE

Street Address 13491 BAYLISS RD.

City L.A. State CA Zip 90049

County of Residence L.A.

How long at this address? 35 YEARS

1a. Home Telephone (310) 476-2956

Best Time To Call: ____ am ____ pm (Enter Hour) OFFICE BEST 310 395-4991 ANYTIME

2. Marital Status: [X] Married [ ] Separated [ ] Unmarried (single, divorced, widowed)

3. Your Social Security No.(SSN) 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

3a. Your Date of Birth (mm/dd/yyyy) 10/4/38

4. Spouse's Social Security No. 456-349-164

4a. Spouse's Date of Birth (mm/dd/yyyy) 12/29/28

5. [X] Own Home [ ] Rent [ ] Other (specify, i.e. share rent, live with relative)

6. List the dependents you can claim on your tax return: (Attach sheet if more space is needed.)

| First Name | Relationship | Age | Does this person live with you? | First Name | Relationship | Age | Does this person live with you? |
|---|---|---|---|---|---|---|---|
| JEANNE | SPOUSE | 76 | [ ] No [X] Yes | | | | [ ] No [ ] Yes |
| | | | [ ] No [ ] Yes | | | | [ ] No [ ] Yes |

[ ] Check this box when all spaces in Sect. 1 are filled in.

## Section 2 Your Business Information

7. Are you or your spouse self-employed or operate a business? (Check "Yes" if either applies)

[ ] No [X] Yes If yes, provide the following information:

7a. Name of Business SYSTEMATICS EMPLOYMENT AGENCY

7b. Street Address 1448 15TH ST. #202

City SANTA MONICA State CA Zip 90404

7c. Employer Identification No., if available :

7d. Do you have employees? [X] No [ ] Yes

7e. Do you have accounts/notes receivable? [ ] No [X] Yes

If yes, please complete Section 8 on page 5.

**ATTACHMENTS REQUIRED:** Please include proof of self-employment income for the prior 3 months (e.g., invoices, commissions, sales records, income statement).

[ ] Check this box when all spaces in Sect. 2 are filled in and attachments provided.

## Section 3 Employment Information

8. Your Employer SYSTEMATICS EMPLOYMENT AGENCY

Street Address 1448 15TH, #202

City S. MONICA State CA Zip 90404

Work telephone no. (310) 395-4991

May we contact you at work? [X] No [ ] Yes

8a. How long with this employer? 38 YEARS

8b. Occupation EMPLOYMENT COUNSELLOR

9. Spouse's Employer RETIRED (ALZHEIMER'S PATIENT)

Street Address N/A

City ____ State ____ Zip ____

Work telephone no. ( ____ ) ____

May we contact you at work? [ ] No [ ] Yes

9a. How long with this employer?

9b. Occupation

**ATTACHMENTS REQUIRED:** Please provide proof of gross earnings and deductions for the past 3 months from each employer (e.g., pay stubs, earnings statements). If year-to-date information is available, send only 1 such statement as long as a minimum of 3 months is represented.

[ ] Check this box when all spaces in Sect. 3 are filled in and attachments provided.

## Section 4 Other Income Information

10. Do you receive income from sources other than your own business or your employer? (Check all that apply.)

[ ] Pension [X] Social Security [ ] Other (specify, i.e. child support, alimony, rental) WIFE $520. MO MINE $1190.

**ATTACHMENTS REQUIRED:** Please provide proof of pension/social security/other income for the past 3 months from each payor, including any statements showing deductions. If year-to-date information is available, send only 1 such statement as long as a minimum of 3 months is represented.

[ ] Check this box when all spaces in Sect. 4 are filled in and attachments provided.



Section 5 begins on page 2 →



08/03/2005 03:04 6619453019 MOFFATT LAW OFFICE PAGE 02/07
Received: 8/ 3/05 19:04; 6619453019 -> SYSTEMATICS; Page 2

**Collection Information Statement for Wage Earners and Self-Employed Individuals** **Form 433-A**

Name________________ SSN________________

**Section 5 Banking, Investment, Cash, Credit, and Life Insurance Information**

*Complete all entry spaces with the most current data available.*

**11. CHECKING ACCOUNTS.** List all checking accounts. (If you need additional space, attach a separate sheet.)

| Type of Account | Full Name of Bank, Savings & Loan, Credit Union or Financial Institution | Bank Routing No. | Bank Account No. | Current Account Balance |
|---|---|---|---|---|
| 11a. Checking | Name UNION BANK<br>Street Address 1661 SAN VICENTE BLVD<br>City/State/Zip C.A, CA 90049 | ? | 0320031029 | $ 200. |
| 11b. Checking | Name N.A.<br>Street Address<br>City/State/Zip | | | $ |
| | | | 11c. Total Checking Account Balances | $ |

**12. OTHER ACCOUNTS.** List all accounts, including brokerage, savings, and money market, not listed on line 11.

| Type of Account | Full Name of Bank, Savings & Loan, Credit Union or Financial Institution | Bank Routing No. | Bank Account No. | Current Account Balance |
|---|---|---|---|---|
| 12a. | Name N.A.<br>Street Address<br>City/State/Zip | | | $ |
| 12b. | Name<br>Street Address<br>City/State/Zip | | | $ |
| | | | 12c. Total Other Account Balances | $ |

**ATTACHMENTS REQUIRED:** Please include your current bank statements (checking, savings, money market, and brokerage accounts) for the past three months for all accounts.

**13. INVESTMENTS.** List all investment assets below. Include stocks, bonds, mutual funds, stock options, certificates of deposits, and retirement assets such as IRAs, Keogh, and 401(k) plans. (If you need additional space, attach a separate sheet.)

*¤ Current Value: Indicate the amount you could sell the asset for today.*

| | Name of Company | Number of Shares / Units | ¤Current Value | Loan Amount | Used as collateral on loan? |
|---|---|---|---|---|---|
| 13a. | N.A. | | $ | $ | ☐ No ☐ Yes |
| 13b. | | | | | ☐ No ☐ Yes |
| 13c. | | | | | ☐ No ☐ Yes |
| | | 13d. Total Investments | $ | | |

**14. CASH ON HAND.** Include any money that you have that is not in the bank.

**14a. Total Cash on Hand** $ 200.

**15. AVAILABLE CREDIT.** List all lines of credit, including credit cards.

| Full Name of Credit Institution | Credit Limit | Amount Owed | Available Credit |
|---|---|---|---|
| 15a. Name N.A.<br>Street Address<br>City/State/Zip | | | $ |
| 15b. Name<br>Street Address<br>City/State/Zip | | | $ |
| | | 15c. Total Credit Available | $ |



Section 5 continued on page 3 →

(Rev. 5-2001)

08/03/2005 03:04 6619453019 MOFFATT LAW OFFICE PAGE 03/07
Received: 8/ 3/05 19:04; 6619453019 -> SYSTEMATICS; Page 5

**Collection Information Statement for Wage Earners and Self-Employed Individuals** — **Form 433-A**

Name ______________________ SSN ______________________

## Section 5 continued

**16. LIFE INSURANCE.** Do you have life insurance with a cash value? ☐ No ☐ Yes
(Term Life Insurance does not have a cash value.)
If yes:
16a. Name of Insurance Company ______ N/A
16b. Policy Number(s) ______
16c. Owner of Policy ______
16d. Current Cash Value $ ______ 16e. Outstanding Loan Balance $ ______

Subtract "Outstanding Loan Balance" line 16e from "Current Cash Value" line 16d = 16f $ ______

☐ Check this box when all spaces in Section 5 are filled in and attachments provided.

**ATTACHMENTS REQUIRED:** Please include a statement from the life insurance companies that includes type and cash/loan value amounts. If currently borrowed against, include loan amount and date of loan.

## Section 6 Other Information

**17. OTHER INFORMATION.** Respond to the following questions related to your financial condition: (Attach sheet if you need more space.)

17a. Are there any garnishments against your wages? ☒ No ☐ Yes
If yes, who is the creditor? ______ Date creditor obtained judgement ______ Amount of debt $ ______

17b. Are there any judgments against you? ☐ No ☒ Yes
If yes, who is the creditor? ESKANOS & ADLER Date creditor obtained judgement 6/03+9/03 Amount of debt $ 10,983.31

17c. Are you a party in a lawsuit? ☒ No ☐ Yes
If yes, amount of suit $ ______ Possible completion date ______ Subject matter of suit ______

17d. Did you ever file bankruptcy? ☐ No ☒ Yes
If yes, date filed 1990 Date discharged DID NOT GO THROUGH

17e. In the past 10 years did you transfer any assets out of your name for less than their actual value? ☒ No ☐ Yes
If yes, what asset? ______ Value of asset at time of transfer $ ______
When was it transferred? ______ To whom was it transferred? ______

17f. Do you anticipate any increase in household income in the next two years? ☒ No ☐ Yes
If yes, why will the income increase? ______ (Attach sheet if you need more space.)
How much will it increase? $ ______

17g. Are you a beneficiary of a trust or an estate? ☒ No ☐ Yes
If yes, name of the trust or estate ______ Anticipated amount to be received $ ______
When will the amount be received? ______

☐ Check this box when all spaces in Section 6 are filled in.

17h. Are you a participant in a profit sharing plan? ☒ No ☐ Yes
If yes, name of plan ______ Value in plan $ ______

## Section 7 Assets and Liabilities

**18. PURCHASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS.** Include boats, RV's, motorcycles, trailers, etc. (If you need additional space, attach a separate sheet.)

¤ Current Value: Indicate the amount you could sell the asset for today.

| | Description (Year, Make, Model, Mileage) | ¤ Current Value | Current Loan Balance | Name of Lender | Purchase Date | Amount of Monthly Payment |
|---|---|---|---|---|---|---|
| 18a. | Year 1996<br>Make/Model CADILLAC FLEETWOOD<br>Mileage 63,000 | $ 1000 | $ 0 | | 2/96 | $ 0 |
| 18b. | Year 1989<br>Make/Model CADILLAC FLEETWOOD<br>Mileage 93,100 | $ 1000 | $ 0 | | 2/89 | $ 0 |
| 18c. | Year<br>Make/Model<br>Mileage | $ N/A | $ | | | $ |



Section 7 continued on page 4 →

(Rev. 5-2001)

08/03/2005 03:04 6619453019 MOFFATT LAW OFFICE PAGE 04/07
Received: 8/ 3/05 19:05; 6619453019 -> SYSTEMATICS; Page 4

Name ______________________ SSN ______________

**Section 7 continued**

**19. LEASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS.** Include boats, RV's, motorcycles, trailers, etc. (If you need additional space, attach a separate sheet.)

| | Description (Year, Make, Model) | Lease Balance | Name and Address of Lessor | Lease Date | Amount of Monthly Payment |
|---|---|---|---|---|---|
| 19a. | Year<br>Make/Model | $ | | | $ |
| 19b. | Year<br>Make/Model | $ | | | $ |

**ATTACHMENTS REQUIRED:** Please include your current statement from lender with monthly car payment amount and current balance of the loan for each vehicle purchased or leased.

**20. REAL ESTATE.** List all real estate you own. (If you need additional space, attach a separate sheet.)

| | Street Address, City, State, Zip, and County | Date Purchased | Purchase Price | ¤Current Value | Loan Balance | Name of Lender or Lien Holder | Amount of Monthly Payment | *Date of Final Payment |
|---|---|---|---|---|---|---|---|---|
| 20a. | 13491 BAYLISS RD. L.A. CA 90049 | 10/73 | $75,000 | $1,350 | $ | R-PIK | $2375. | ? INTEREST ONLY 9% RATE NOT SET |
| 20b. | | | $ | $ | $ | | $ | |

¤ Current Value: Indicate the amount you could sell the asset for today.

* Date of Final Payments: Enter the date the loan or lease will be fully paid.

**ATTACHMENTS REQUIRED:** Please include your current statement from lender with monthly payment amount and current balance for each piece of real estate owned.

**21. PERSONAL ASSETS.** List all Personal assets below. (If you need additional space, attach separate sheet.)
*Furniture/Personal Effects* includes the total current market value of your household such as furniture and appliances.
*Other Personal Assets* includes all artwork, jewelry, collections (coin/gun, etc.), antiques or other assets.

| | Description | ¤Current Value | Loan Balance | Name of Lender | Amount of Monthly Payment | *Date of Final Payment |
|---|---|---|---|---|---|---|
| 21a. | Furniture/Personal Effects | $5000. | $0 | — | $ — | — |
| | Other: (List below) | | | | | |
| 21b. | Artwork | $ | $ | NONE | $ | |
| 21c. | Jewelry | | | | | |
| 21d. | | | | | | |
| 21e. | | | | | | |

**22. BUSINESS ASSETS.** List all business assets and encumbrances below, include Uniform Commercial Code (UCC) filings. (If you need additional space, attach a separate sheet.) *Tools used in Trade or Business* includes the basic tools or books used to conduct your business, excluding automobiles. *Other Business Assets* includes any other machinery, equipment, inventory or other assets.

| | Description | ¤Current Value | Loan Balance | Name of Lender | Amount of Monthly Payment | *Date of Final Payment |
|---|---|---|---|---|---|---|
| 22a. | Tools used in Trade/Business | $ 500. | $ 0 | | $ | |
| | Other: (List below) | | | | | |
| 22b. | Machinery | $ | $ | | $ | |
| 22c. | Equipment | | | | | |
| 22d. | | | | | | |
| 22e. | | | | | | |

☐ Check this box when all spaces in Sect. 7 are filled in and attachments provided.



*Section 8 begins on page 5* →



08/03/2005 03:04 6619453019 MOFFATT LAW OFFICE PAGE 05/07
Received: 8/ 3/05 19:05; 6619453019 -> SYSTEMATICS; Page 5

**Collection Information Statement for Wage Earners and Self-Employed Individuals** — **Form 433-A**

Name ____________________ SSN ____________________

**Section 8: Accounts/Notes Receivable**

*Use only if needed.*

☐ *Check this box if Section 8 not needed.*

**23. ACCOUNTS/NOTES RECEIVABLE.** List all accounts separately, including contracts awarded, but not started. (If you need additional space, attach a separate sheet.)

| | Description | Amount Due | Date Due | Age of Account |
|---|---|---|---|---|
| 23a. | Name SIMPLETECH<br>Street Address 3001 DAIMLER ST.<br>City/State/Zip SANTA ANA, CA 92705 | $17,000. | 8/25/05 | ☒ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| 23b. | Name IRELL & MANELLA<br>Street Address 1800 AVE OF THE STARS, #900<br>City/State/Zip L.A. CA 90067 | $6750. | 8/18/05 | ☒ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| 23c. | Name SOUTHWEST ADMINISTRATORS<br>Street Address 1020 S. FREMONT AVE.<br>City/State/Zip ALHAMBRA 91803 | $1476. | 8/20/05 | ☒ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| 23d. | Name AMERICAN DE ROSA<br>Street Address 1845 S. TUBEWAY AVE.<br>City/State/Zip L.A., CA 90040 | $1000. | 8/1/05 | ☒ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| 23e. | Name<br>Street Address<br>City/State/Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| 23f. | Name<br>Street Address<br>City/State/Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| 23g. | Name<br>Street Address<br>City/State/Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| 23h. | Name<br>Street Address<br>City/State/Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| 23i. | Name<br>Street Address<br>City/State/Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| 23j. | Name<br>Street Address<br>City/State/Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| 23k. | Name<br>Street Address<br>City/State/Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| 23l. | Name<br>Street Address<br>City/State/Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |

☐ Check this box when all spaces in Sect. 8 are filled in.

Add "Amount Due" from lines 23a through 23l = 23m $ 26,226.



*Section 9 begins on page 6* →

(Rev. 5-2001)

08/03/2005 03:04 6619453019 MOFFATT LAW OFFICE PAGE 06/07
Received: 8/ 3/05 19:06; 6619453019 -> SYSTEMATICS; Page 6

**Collection Information Statement for Wage Earners and Self-Employed Individuals** **Form 433-A**

Name ______________________ SSN ______________________

**Section 9 Monthly Income and Expense Analysis**

If only one spouse has a tax liability, but both have income, list the total household income and expenses.

| *Total Income* Source | Gross Monthly | *Total Living Expenses* Expense Items [4] | Actual Monthly | |
|---|---|---|---|---|
| 24. Wages (Yourself)[1] | $ VARIES | 35. Food, Clothing and Misc.[5] | $ | |
| 25. Wages (Spouse)[1] | 0 | 36. Housing and Utilities[6] | | |
| 26. Interest - Dividends | 0 | 37. Transportation[7] | | |
| 27. Net Income from Business[2] | VARIES | 38. Health Care | | |
| 28. Net Rental Income[3] | 0 | 39. Taxes (Income and FICA) | | |
| 29. Pension/Social Security (Yourself) | 1190. | 40. Court ordered payments | | |
| 30. Pension/Social Security (Spouse) | 590. | 41. Child/dependent care | | |
| 31. Child Support | 0 | 42. Life insurance N.A. | | |
| 32. Alimony | 0 | ~~43. Other secured debt~~ | | |
| 33. Other | 0 | 44. Other expenses | | |
| 34. Total Income | $ | 45. Total Living Expenses | | |

SEE ACCOMPANYING SHEET

[1] **Wages, salaries, pensions, and social security:** Enter your gross monthly wages and/or salaries. Do not deduct withholding or allotments you elect to take out of your pay, such as insurance payments, credit union deductions, car payments etc.
*To calculate your gross monthly wages and/or salaries:*
*If paid weekly* - multiply weekly gross wages by 4.3. Example: $425.89 x 4.3 = $1,831.33
*If paid bi-weekly (every 2 weeks)* - multiply bi-weekly gross wages by 2.17. Example: $972.45 x 2.17 = $2,110.22
*If paid semi-monthly (twice each month)* - multiply semi-monthly gross wages by 2. Example: $856.23 x 2 = $1,712.46

[2] **Net Income from Business:** Enter your monthly net business income. This is the amount you earn after you pay ordinary and necessary monthly business expenses. This figure should relate to the yearly net profit from your Form 1040 Schedule C. If it is more or less than the previous year, you should attach an explanation. If your net business income is a loss, enter "0". Do not enter a negative number.

[3] **Net Rental Income:** Enter your monthly net rental income. This is the amount you earn after you pay ordinary and necessary monthly rental expenses. If your net rental income is a loss, enter "0". Do not enter a negative number.

[4] **Expenses not generally allowed:** We generally do not allow you to claim tuition for private schools, public or private college expenses, charitable contributions, voluntary retirement contributions, payments on unsecured debts such as credit card bills, cable television and other similar expenses. However, we may allow these expenses, if you can prove that they are necessary for the health and welfare of you or your family or for the production of income.

[5] **Food, Clothing and Misc.:** Total of clothing, food, housekeeping supplies and personal care products for one month.

[6] **Housing and Utilities:** For your principal residence: Total of rent or mortgage payment. Add the average monthly expenses for the following: property taxes, home owner's or renter's insurance, maintenance, dues, fees, and utilities. Utilities include gas, electricity, water, fuel, oil, other fuels, trash collection and telephone.

[7] **Transportation:** Total of lease or purchase payments, vehicle insurance, registration fees, normal maintenance, fuel, public transportation, parking and tolls for one month.

**ATTACHMENTS REQUIRED:** Please include:

Attachments

- A copy of your last Form 1040 with all Schedules.
- Proof of all current expenses that you paid for the past 3 months, including utilities, rent, insurance, property taxes, etc.
- Proof of all non-business transportation expenses (e.g., car payments, lease payments, fuel, oil, insurance, parking, registration).
- Proof of payments for health care, including health insurance premiums, co-payments, and other out-of-pocket expenses, for the past 3 months.
- Copies of any court order requiring payment and proof of such payments (e.g., cancelled checks, money orders, earning statements showing such deductions) for the past 3 months.

☐ Check this box when all spaces in Sect. 9 are filled in and all attachments provided.

☐ Check this box when all spaces in all sections are filled in and all attachments provided.

CAUTION

***Failure to complete all entry spaces may result in rejection or significant delay in the resolution of your account.***

***Certification:*** ***Under penalties of perjury, I declare that to the best of my knowledge and belief this statement of assets, liabilities, and other information is true, correct and complete.***

[signature] Your Signature    [signature] Spouse's Signature    8/4/5 Date

 (Rev. 5-2001)

08/03/2005 03:04 6619453019 MOFFATT LAW OFFICE PAGE 07/07
Received: 8/ 3/05 19:06;

From: (661)945-6121
jeff Moffatt
Law Office of Jeff Moffatt
43625 N. Sierra Hwy, Suite A

Lancaster, CA 93534

FedEx Ground

G

CLS091905/07/15

Ship Date: 29SEP05
Actual Wgt: 1.0 LB
System#: 4546800/INET2200
Account#: S *********

Invoice #
Reference # Locke
PO #
Dept # Ship ID

SHIP TO: (213)894-3027
**Spencer Kell**
**Internal Revenue Service**
**300 N Los ANgeles St**

**Los Angeles, CA 90012**

(9612019) 4533997 10000768

**GND** **019** 1
Prepaid of
1

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

**IMPORTANT: At the end of each business day, select "Ground End of Day Close" to transmit your shipping data. Then, print the Pickup Manifest that appears. This document is required when your shipment is tendered to FedEx. To access the "Ground End of Day Close" button, click the "Go to next steps" button on the shipping label screen, or click the "Track/History tab."**

**NOTE:Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide and applicable tariff, available upon request. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations, including limitations on our liability, can be found in the current FedEx Service Guide and applicable tariff apply. In no event shall FedEx Ground be liable for any special, incidental, or consequential damages, including, without limitation, loss of profit, loss to the intrinsic value of the package, loss of sale, interest income or attorney's fees. Recovery cannot exceed actual documented loss. Items of extraordinary value are subject to separate limitations of liability set forth in the Service Guide and tariff. Written claims must be filed within strict time limits, see current FedEx Service Guide.**