## Jeffrey D. Moffatt, Attorney

4-25-06

COLLECTION DUE PROCESS HEARING REQUEST

TAX PAYER: Peter J, and Jeanne Locke
TAX PAYER SSNS: 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 AND 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

A. NAME AND ADDRESS OF TAXPAYER
Peter J and Jeanne Locke
C/o Jeffrey D. Moffatt, Esq.
43625 N. Sierra Hwy, Suite A.
Lancaster, CA 93534

B. DATE AND SYMBOL OF YOUR LETTER
Date April 24. 2006
Notice CP91
Sent from Cincinnati, OH office

C. TAX PERIOD INVOLVED

| Tax Return | Tax Period Ending | Deficiency | Interest | Total Amt |
|---|---|---|---|---|
| 1040 | 1994 | | | 23,293.69 |

D. REQUEST FOR DUE PROCESS HEARING
A conference is requested to discuss the proposed Due Process Hearing with a member of the Appellate State Conference Staff

E. FINDINGS TO WHICH THE TAXPAYER TAKES EXCEPTION

1. The appropriateness of collection actions. The logic behind this is that Jeanne Locke has Dementia for some time and therefore is unable to willingly violate any IRS rules and regulations. Peter J. Locke is collecting social security which has been levied. This makes taking care of his wife even more difficult than it would be with a full social security check.

2. The possibility of alternative collection actions exists. Penalty abatement was submitted 8/5/04 which if granted will drop the balance considerably. An Offer in Compromise was submitted and signed for, via Certified Return Receipt on July 6, 2004.

3. On 3/13/06 L Hernandez was submitted an appeal on an OIC.

4. A spousal defense exists in total, under spousal immunity given the Dementia which has existed during the tax years in question became arguably delinquent.

43625 N. Sierra Hwy, Ste A.
Lancaster, CA 93534

Phone: (661)945-61
Fax: Telephone # (661)940-49
Alternate Fax # (661)945-3(

5. Given the spousal defense, and lack of capacity of Jeanne, and arguably Peter Locke, the statutory notice of deficiency may not have been served on an individual which has capacity.

6. An OIC based on Spousal immunity for Jeannie Locke has been submitted, over 1 year ago.

7. The amount of the assessed Tax Liability.

F. STATEMENT OF FACTS AND ARGUMENT

The taxpayers have the right to a Due Process Hearing under Dorn v. Commissioner, 119 T.C. No. 356 (2003).

Included in this document is a copy of the Levy notice.

The Tax Payers also understand that despite the fact that only the Final Notice for intent to levy has been submitted and not a Statutory Notice for Deficiency. Despite this Notice of Deficiency, in Montgomery v. Commissioner, 122 T.C. No 1. (2004) the Tax Court allowed jurisdiction to challenge tax reported on tax returns.

Although we hope that Tax Court or another forum more beneficial to my clients such as the U.S. Court of Federal Claims, is not necessary I wanted to bring your office up to date as to the current state of review of issues which could have been satisfied in a Collection Due Process Hearing.

Respectfully submitted,

Jeff Moffatt, Esq. Tax Court Bar MJ2204

PREPARER'S STATEMENT

I certify that I have prepared the foregoing request of Due Process Hearing, and to the best of my knowledge and belief, the facts contained therein are true and correct.

Jeff Moffatt

Jeff Moffatt, Tax Attorney /
Mediator
43625 N Sierra Hwy. STE. A
Lancaster, CA 93534

IRS
Cincinnati, OH
45999-0029