Department of the Treasury

Internal Revenue Service
Group 32 OIC
225 W. Broadway, Third Floor
Glendale, California 91204

Date of this Letter: 03/10/2006 ✓

Person to Contact:
L. Hernandez
Employee #: 95-08860
Phone#: (888)768-5487

Taxpayer ID#: 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
Offer Number: 1000520896

letter sent

PETER J. & JEANNE LOCKE
% JEFF MOFFATT, ESQ
43625 SIERRA HWY, STE A
LANCASTER, CA 93534

Dear Mr. & Mrs. Locke,

We have closed our file on your offer and are returning your Form 656, Offer in Compromise, for the following reason(s):

Our records indicate that you are not current with estimated tax payments. You have not made the estimated tax payment we requested or provided verification that your estimated tax payments or withheld income tax are sufficient for tax year(s) 2005. We will only consider an offer when you are in full compliance, including estimated tax payments.

If a deposit was made with the offer, we will mail the refund separately in four to six weeks.

If you wish to present a new offer, you must submit a new Form 656, current financial information using Form 433-A and/or Form 433-B, all required supporting financial documentation, and another check for the $150 application fee. Mail your completed forms and your check to the address listed in the instructions to Form 656.

If you believe the return of your offer was made in error, or your failure to provide the information/substantiation we requested was due to circumstances beyond your control (your serious illness, death or serious illness of your immediate family member, or disaster) within 30 days from the date of this letter you may contact the person whose name and telephone number are shown in the upper right hand corner of this letter to request reconsideration of our decision to close your offer. You should be prepared to discuss specifics, provide verification of the circumstances beyond your control and provide the information previously requested.

continued on next page

estions, please contact the p son whose
number are shown in the upper right hand
etter.

Sincerely,

Mr. M. Israelski
Group Manager

EXHIBIT 5P, PAGE 2 OF 2

cc:POA