# In the United States Court of Federal Claims

**No. 06-629 T**

**PETER J. AND JEANNE LOCKE,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Memorandum Opinion and Order, filed July 10, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, pursuant to RCFC 12(b)(1), without prejudice for lack of subject matter jurisdiction. No costs.

Brian Bishop
Clerk of Court

**July 11, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.