ORIGINAL

Jeff Moffatt, Esq.
Tax Bar MJ2204
43625 N Sierra Hwy, Suite A
Lancaster, CA 93534
Telephone: (661) 945-6121
Facsimile: (661) 945-3019
Email: **Jeffreymbajd@hotmail.com**

Attorney for Plaintiffs

FILED
AUG 29 2007
U.S. COURT OF
FEDERAL CLAIMS

RECEIVED
AUG 24 2007
United States Court of Appeal
For The Federal Circuit

**PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

| | |
|---|---|
| **PETER J. & JEANNE LOCKE,**<br><br>**PLAINTIFFS**<br>**- Vs. -**<br>**THE UNITED STATES,**<br><br>**DEFENDANT** | **NO. 06-629 T**<br><br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

**PLAINTIFFS' NOTICE OF APPEAL**

Plaintiffs- PETER J. & JEANNE LOCKE
Defendant – THE UNITED STATES

Notice is hereby given that Peter J. and Jeanne Locke appeal to the United States Court of Appeals for the Federal Circuit on the decision for a summary judgement by the United States Court of Federal Claims. Enclosed is the filing fee of $455.00 (four hundred fifty-five) for the appeal.

Dated 8-20-07

By: ____________________

Jeff Moffatt, Attorney for Plaintiff

Jeffrey D. Moffatt, Esq.
43625 N Sierra Hwy, Suite A
Lancaster, CA 93534
Tax Bar # MJ2204
Telephone: (661) 945-6121